IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO.: 5:09-CR-27-RLV-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BERNARD von NOTHAUS | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defense Counsel's Motion To Withdraw" (Document No. 61) filed by Attorney R. Deke Falls on April 6, 2010. Attached to the motion is a letter from Defendant to Mr. Falls (Document No. 62) purporting to terminate Mr. Falls' services and referring to himself as "Plaintiff *Pro Se*." The undersigned will set this matter on for hearing on **Monday, May 3, 2010 at 10:00 a.m.** to clarify the status of Defendant's representation. Defendant is required to attend the hearing.

In addition to the usual electronic notice, the Clerk is directed to send Defendant Bernard von Nothaus a hard copy of this Order, mailed to his Hawaii address, return receipt requested.

Signed: April 19, 2010

David C. Keesler
United States Magistrate Judge