IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:09CR27-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **AMENDED** |
| ) | **FINAL PRETRIAL** |
| v. ) | **ORDER** |
| ) | |
| BERNARD VON NOTHAUS ) | |
| WILLIAM KEVIN INNES ) | |
| SARAH JANE BLEDSOE ) | |
| RACHELLE L. MOSELY ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court for purposes of amending the Final Pretrial Order issued January 5, 2011. (Document #117)

Parties are expected to use presentation technology available in the courtroom to display evidence to the jury. Training on the equipment should be arranged well in advance of trial with the courtroom deputy. (*See* "Courtroom Technology" link on the district website at www.ncwd.uscourts.gov.) Counsel shall provide in electronic format any exhibits of documents, photographs, videos, and any other evidence that may be reduced to an electronic file, for the use of Court personnel and the Court's Jury Evidence Recording System ("JERS") during trial. Documents and photographs shall be in .pdf, .jpg, .bmp, .tif, or .gif format. Video and audio recordings shall be in .avi, .wmv, .mpg, mp3, .wma, or .wav format. Each electronic exhibit shall be saved as a separate, independent file, and provided to the Court on a storage device, such as cd, dvd, or flash drive. Exhibit files shall be named consistent with their order and name on the exhibit list. For example:

Exhibit 1 - photograph of ...

Exhibit 2 - contract

Exhibit 3 - video deposition of ...

**IT IS, THEREFORE, ORDERED** that the parties shall submit copies of all Trial Exhibits to the Courtroom Deputy in a format compatible with JERS **on or before Tuesday, February 22, 2011**.

Signed: January 13, 2011

Richard L. Voorhees
United States District Judge