IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:09CR27-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **O R DE R** |
| ) | |
| BERNARD VON NOTHAUS, ) | |
| et al., ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** is before the Court on its own motion upon learning about behavior of the Defendant Von Nothaus that tends to show that he may be in violation of certain terms of his pretrial release. (*See* Documents #125, #133) More specifically, during the July 17, 2010 bond review hearing before the undersigned, Defendant was directed essentially by the Court as follows:

- DEFENDANT IS DIRECTED TO "TAKE DOWN," BY UNPUBLISHING AND/ OR DELETION OF ALL CONTENT RELATED TO THE WEBSITE; www.libertydollar.org and www.hawaiidala.com FROM THE HOSTED SERVER OR ANY OTHER SERVER OWNED BY A 3RD PARTY.

- DEFENDANT IS PROHIBITED FROM THE MARKETING AND / OR DISTRIBUTION OF THE LIBERTY DOLLAR, HAWAII DALA COINS, MEDALLIONS, AND COMMEMORATIVES.

- DEFENDANT IS NOT TO INVOLVE HIMSELF WITH ANY OTHER WEBSITE OR ENTERPRISE WHICH EITHER PROMOTES OR APPEARS TO PROMOTE ANY COIN, CURRENCY, MEDALLIONS, COMMEMORATIVES OR ANY OTHER FORM OF CONCEIVABLE EXCHANGE

In addition, a standard condition of bond in every case is that the Defendant "not commit any offense in violation of federal, state or local law while on release." (*See* 6/4/09 Order Setting Conditions of Release - issued by M.D. Fla.)

**IT IS THEREFORE ORDERED** that Deputy Clerk shall Notice this matter for bond review on **Wednesday, February 9, 2011**.

Signed: January 27, 2011

Richard L. Voorhees
United States District Judge