UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:09CR27-1

UNITED STATES OF AMERICA
v.
BERNARD VON NOTHAUS

Motion to Compel Production of
Evidence Seized at Trial

The defendant Bernard von NotHaus through counsel moves to compel the production of evidence seized by the government at trial for use in the defense's cross examination of government witnesses and the defense case-in-chief. This includes the Liberty Dollars, Ron Paul Dollars, other medallions, bullion, and dies seized from Sunshine Mint, the audit reports and work papers seized from Anderson Brothers, CPA, PA, and from Clark, Anderson, McNelis & Co., CPA's, the proprietary security paper, dies and artwork seized from Verify First Technologies, the accounting records and receipts seized from NORFED, the bank records and deposits of the defendant von Nothaus and NORFED seized from Integra Bank.

This the 2nd day o February, 2011.

/s Aaron E. Michel
Aaron E. Michel, Attorney at Law
Counsel for Mr. von NotHaus
Phone: 704-451-8351
Email: mail@aaronmichel.com
3736 Surry Ridge Court
Charlotte, NC 28210

/s Randolph Marshall Lee

Randolph Marshall Lee, Attorney at Law
Counsel for Mr. von NotHaus
Phone: 704-841-2222
Email: RandolphLeeLaw@gmail.com
PO Box 77005
Charlotte, NC 28271

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 2nd day of February, 2011, by means of the Electronic Filing System for the Western District of North Carolina, upon the following parties:

For the Government:

**Jill Westmoreland Rose**
Assistant U.S. Attorney
100 Otis Street, Room 233
Asheville, NC 28801
828-271-4661
Fax: 828-271-4670
Email: jill.rose@usdoj.gov

**Craig D. Randall**
Assistant U.S. Attorney
227 W. Trade St., Suite 1700
Charlotte, NC 28202
704-344-6222
Fax: 704-344-6629
Email: craig.randall@usdoj.gov

**Thomas R Ascik**
Assistant U.S. Attorney
100 Otis Street, Room 233
Asheville, NC 28801
828-259-0644
Email: thomas.ascik@usdoj.gov

**Benjamin Bain-Creed**
Assistant U.S. Attorney
100 Otis Street, Room 233
Asheville, NC 28801
828-271-4661
Fax: 828-271-4670
Email: Benjamin.bain-creed@usdoj.gov

For William Kevin Innes:

**Claire J. Rauscher**
Federal Defenders of Western North Carolina
129 W. Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720
Fax: 704-374-0722
Email: Claire_Rauscher@fd.org

**Erin Kimberly Taylor**
Federal Defenders of Western North Carolina
129 W. Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720
Fax: 704-374-0722
Email: Erin_Taylor@fd.org

For Sarah Jane Bledsoe:

**Joe Von Kallist**
6743-A Fairview Road
Charlotte, NC 28210
704-366-9008
Fax: 704-365-2109
Email: joevonkallist@yahoo.com

For Rachelle L. Moseley:

**Matthew G. Pruden**
301 E. Park Avenue
Charlotte, NC 28203
704-338-1220
Fax: 704-338-1312
Email: mpruden@tinfulton.com

This the 2nd day of February, 2011.

/s Aaron E. Michel
Aaron E. Michel, Attorney at Law