UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:09CR27-1

UNITED STATES OF AMERICA  
v.  
BERNARD VON NOTHAUS

Supplement to Motion to Dismiss Challenging the Allegation that Liberty Dollars Are Counterfeit

The defendant Bernard von NotHaus through counsel offers this supplement to the motion to dismiss challenging the allegation that the Liberty Dollar is a counterfeit of the U.S. coin. Section 5112, United States Code, Title 31, provides the definition of these coins regarding denomination, dimension, weight, and markings/devices, and each person is held to know the law including this law and cannot claim that something is counterfeit when in fact it does not fit the statutory definition of a coin.

According to § 5112(a)(1) through (5), relating to the silver-colored coins, no coins have the denomination, dimension, or weight of Liberty Dollars. According to § 5112(b), no silver-colored coin is .999 fine silver. All of the Liberty Dollars in question are .999 fine silver and accurately disclose this on the medallion. According to § 5112(d)(1), coins must have "In God We Trust," and have "Liberty" on the obverse and "United States of America" and "E Pluribus Unum" and the designation of the value of the coin on the reverse. None of the Liberty Dollars contain this combination and arrangement of markings/devices. The Liberty Dollars do say "Liberty" consistent with the protest nature of the

Liberty Dollar. The Liberty Dollars do say "USA" but then most goods produced in the United States proudly declare the "USA" as their place of manufacture. The Liberty Dollars do say, "Trust in God," but this is different from the official phrase inserted in the United States coins in the 1950's.

As pointed out by Judge Wallace of the United States District Court for New York in *United States v. Bogart*, 9 Ben. 314, 24 F.Cas. 1185 (1878), the first known case to deal with this subject, "A counterfeit coin is one in imitation of the genuine. The coins known to the law are those authorized to be issued from the mints of the United States." See, generally, *Waples v. United States*, 110 U.S. 630, 4 S.CT. 225, 28 L.Ed. 272 (1884)(plaintiff presumed to know the law as to interest taken in sale from marshal of seized property).

There is no legal basis for alleging that the Liberty Dollars are counterfeits of United States coins. Therefore, the defendant prays that this Court grant his motion.

This the 4th day of February, 2011.

/s Aaron E. Michel
Aaron E. Michel, Attorney at Law
Counsel for Mr. von NotHaus
Phone: 704-451-8351
Email: mail@aaronmichel.com
3736 Surry Ridge Court
Charlotte, NC 28210

/s Randolph Marshall Lee
Randolph Marshall Lee, Attorney at Law

Counsel for Mr. von NotHaus
Phone: 704-841-2222
Email: RandolphLeeLaw@gmail.com
PO Box 77005
Charlotte, NC 28271

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this ? day of ?, 2010, by means of the Electronic Filing System for the Western District of North Carolina, upon the following parties:

For the Government:

**Jill Westmoreland Rose**
Assistant U.S. Attorney
100 Otis Street, Room 233
Asheville, NC 28801
828-271-4661
Fax: 828-271-4670
Email: jill.rose@usdoj.gov

**Craig D. Randall**
Assistant U.S. Attorney
227 W. Trade St., Suite 1700
Charlotte, NC 28202
704-344-6222
Fax: 704-344-6629
Email: craig.randall@usdoj.gov

**Thomas R Ascik**
Assistant U.S. Attorney
100 Otis Street, Room 233
Asheville, NC 28801
828-259-0644
Email: thomas.ascik@usdoj.gov

**Benjamin Bain-Creed**
Assistant U.S. Attorney
100 Otis Street, Room 233
Asheville, NC 28801
828-271-4661
Fax: 828-271-4670
Email: Benjamin.bain-creed@usdoj.gov

For William Kevin Innes:

**Claire J. Rauscher**
Federal Defenders of Western North Carolina
129 W. Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720
Fax: 704-374-0722
Email: Claire_Rauscher@fd.org

**Erin Kimberly Taylor**
Federal Defenders of Western North Carolina
129 W. Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720
Fax: 704-374-0722
Email: Erin_Taylor@fd.org

For Sarah Jane Bledsoe:

**Joe Von Kallist**
6743-A Fairview Road
Charlotte, NC 28210
704-366-9008
Fax: 704-365-2109
Email: joevonkallist@yahoo.com

For Rachelle L. Moseley:

**Matthew G. Pruden**
301 E. Park Avenue
Charlotte, NC 28203
704-338-1220
Fax: 704-338-1312
Email: mpruden@tinfulton.com

    This the ? day of ?, 2010.

                    /s Aaron E. Michel
                    Aaron E. Michel, Attorney at Law