IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM KEVIN INNES,<br><br>Defendant. | DOCKET NO. 5:09 CR 27-2 |

**RESPONSE IN OPPOSITION TO DEFENDANT BERNARD VON NOTHAUS' NOTICE OF INTENT TO COMPEL TESTIMONY OF CO-DEFENDANT WILLIAM KEVIN INNES**

William Kevin Innes, through his counsel, Claire J. Rauscher, Federal Defender, and Erin K. Taylor, hereby opposes defendant von NotHaus' motion to compel co-defendant testimony. In von NotHaus' notice of intent to compel testimony, von NotHaus states that he "believes that the co-defendants will testify in their own defense and thereby waive the Fifth Amendment right to be compelled to be a witness against themselves." Doc. 138. This statement is contrary to the position of William Kevin Innes. In fact, Mr. Innes does not intend to waive his Fifth Amendment right against self-incrimination in the trial of von NotHaus. Furthermore, Mr. Innes retains the right to invoke his Fifth Amendment right against self-incrimination during his own trial.

It is a fundamental principle of our criminal justice system that "[e]very criminal defendant is privileged to testify in his own defense, or refuse to do so." *Harris v. New York*,

401 U.S. 222, 225 (1971). And even though Mr. Innes' trial has been severed from von NotHaus' trial, Mr. Innes nevertheless retains the privilege against self-incrimination as a witness. *United States v. Shuford*, 454 F.2d 772, 777 (4th Cir. 1971).

"[T]he power to compel testimony is not absolute. There are a number of exemptions from the testimonial duty, the most important of which is the Fifth Amendment privilege against compulsory self-incrimination. The privilege reflects a complex of our fundamental values and aspirations, and marks an important advance in the development of our liberty. It can be asserted in any proceeding, civil or criminal, administrative or judicial, investigatory or adjudicatory; and it protects against any disclosures that the witness reasonably believes could be used in a criminal prosecution or could lead to other evidence that might be so used." *Kastigar v. United States,* 406 U.S. 441, 444-45 (1972).

Thus, defendant von NotHaus' request to compel the testimony of Mr. Innes is without merit and should therefore be denied.

Respectfully submitted:

/s/Claire J. Rauscher
Claire J. Rauscher
Executive Director
Federal Defenders of Western North Carolina, Inc.
NC Bar No. 21500
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704)374-0720
(704)374-0722 FAX
Claire_Rauscher@fd.org
Attorney for William Kevin Innes


/s/Erin K. Taylor
Erin K. Taylor
NC Bar No. 34238
Federal Defenders of Western North Carolina, Inc.
129 West Trade Street, Suite 300
Charlotte, NC 28202

(704)374-0720  
(704)374-0722 FAX  
Erin_Taylor@fd.org  
Attorney for William Kevin Innes

DATE: February 9, 2011

**CERTIFICATE OF SERVICE**

      I, Erin K. Taylor, hereby certify that I have served a copy of the attached Response in Opposition to Notice of Intent to Compel Testimony upon the following via electronic filing:

**Jill Westmoreland Rose**
United States Attorney's Office
100 Otis Street
Asheville, NC 28801
828-271-4661
Fax: 828-271-4670
Email: jill.rose@usdoj.gov

**Thomas R. Ascik**
United States Attorney's Office
100 Otis Street
Asheville, NC 28801
828-259-0644
Fax: 828-271-4122
Email: thomas.ascik@usdoj.gov

**Craig D. Randall**
United States Attorney's Office
227 W. Trade St.
Charlotte, NC 28202
704/344-6222
Fax: 704/227-0197
Email: craig.randall@usdoj.gov

**Aaron Michel**
Attorney for Bernard von NotHaus
mail@aaronmichel.com

**Randolph Marshall lee**
Attorney for Bernard von NotHaus
Randolph@LeeLaw.biz

**Joe Von Kallist**
Attorney for Sarah Jane Bledsoe
joevonkallist@yahoo.com

**Matthew Pruden**
Attorney for Rachelle L. Moseley
mpruden@tinfulton.com

Respectfully submitted:

/s/Erin K. Taylor
Erin K. Taylor
NC Bar No. 34238
Federal Defenders of Western North Carolina, Inc.
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704)374-0720
(704)374-0722 FAX
Erin_Taylor@fd.org
Attorney for William Kevin Innes

DATE: February 9, 2011