# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:09CR27-1

UNITED STATES OF AMERICA

v.                              **von NotHaus Exhibit List**

BERNARD VON NOTHAUS

  The defendant Bernard von NotHaus through counsel submits the following

list of exhibits it may seek to use or introduce or admit into evidence at trial.

| Exhibit # | Exhibit Description | Identified | Admitted |
|---|---|---|---|
| 1 | Economic Research Paper 1974 | | |
| 1A | Paul Gilkes, Gold Standard Corp. Issues Certificates: Hard-Money Advocate Would Like to Get Certificates into Circulation, Coin World, Wednesday, June 15, 1988, p. 1 | | |
| 2 | Susan Meeker-Lowry, The Potential of Local Currency, Z Magazine July/August 1995, p. 16 | | |
| 3 | Mark A. Benvenuto, Colorful, Colectible Loal Script, Coins September 1995, p. 26 | | |
| 4 | Beth Deisher, Editorial, Local Script Speaks Volumes, Coin World, Monday, June 5, 1995, p. 28 | | |
| 5 | Michele Orzano, Community Script Movement Grows Worldwide: Paper Alternatives to Federal Reserve Notes Find Favor in Ithaca, NY, Coin World, Monday June 5, 1995, p. 1 | | |
| 6 | Lewis D. Solomon, Rethinking Our Centralized Monetary System: The Case for a System of Local Currencies (Praeger Publishers 1996) | | |
| 7 | Michele Orzano, Scripted: Local Scrip Use Growing, Proving Boon to Local Economies, Coin World, Monday, May 13, 1996, p. 16 | | |

| 8 | Ellen Graham, Community Groups Print Local (and Legal) Currencies, Wall Street Journal, June 27, 1996, p. B1 | | |
|---|---|---|---|
| 9 | Berkeley Region Exchange and Development Newsletter, 1997 | | |
| 10 | Mark A. Benvenuto, Local Currency Power: Ithaca Hours Proving That Local Scrips Can Be Attractive, Useful and Collectible, Coins, 1997, p. 50 | | |
| 11 | Notes from Local Currency Conference, February 19/20, 1998 | | |
| 12 | Community Strength Statement, July 30, 1998 | | |
| 13 | NORFED, First Introduction Letter, September 9, 1998 | | |
| 14 | Community Strength Meeting Notice September 18, 1998, Guest Speaker: Carol Brouillet of International Media Project | | |
| 15 | NORFED IRS EIN Notice September 21, 1998 | | |
| 16 | NORFED Nevada Nonprofit Filing September 25, 1998 | | |
| 17 | NORFED Nevada Articles of Incorporation filed September 30, 1998 | | |
| 18 | NORFED Nevada Corporate Charter September 30, 1998 | | |
| 19 | NORFED Nevada Secretary of State Filing September 30, 1998 | | |
| 20 | NORFED Organizational Meeting October 1, 1998 | | |
| 21 | NORFED First Board Meeting October 5, 1998 | | |
| 22 | NORFED Bylaws October 5, 1998 | | |
| 23 | NORFED Certificate of Membership October 5, 1998 | | |
| 24 | NORFED Special Board Meeting October 7, 1998 | | |
| 25 | NORFED First Newsletter/Report, October 1998 | | |
| 26 | Marc Eisenson, Gerri Detweiler, and Nancy Castleman, From Bargaining to Bartering: 15 Ways to Stretch Your Dollars, Family Circle, October 6, 1998, p. 34 | | |
| 27 | NORFED Newsletter, November 1998 | | |

| | | | |
|---|---|---|---|
| 28 | Media Bypass Magazine, Vol. 6, #11, November 1998, Cover Story: New Idea Competes with Fed: NORFED Combines Free Enterprise, First Amendment | | |
| 29 | Radio Free America, Spotlight Weekly Radio Call-in Featuring: New Currency Popular with Patriot Movement Could Mean End of Fed's Control, November 16, 1998 | | |
| 30 | NORFED Newsletter December 1998 | | |
| 31 | Will Hoover, Y2K Buck Stops Here, The Honolulu Advertiser, December 7, 1998 | | |
| 32 | NORFED Board Resolution January 1, 1999 | | |
| 33 | Verify First Technologies Newsletter, January/February 1999, p. 1-2 | | |
| 34 | | | |
| 35 | Robert Kelly, New Currency for America, The American's Bulletin, January 1, 1999 | | |
| 36 | NORFED Notice of Board Meeting April 2, 1999 | | |
| 37 | Cletus Nelson, COLD HARD CASH: A New Currency Is Poised to Give the Federal Reserve a Run for Its Money, Eye Magazine, April 3, 1999 | | |
| 38 | NORFED Minutes for Meeting May 1, 1999 | | |
| 39 | Chad Gillis, As Y2K Looms, Estero Man Offers Silver-Backed Currency, Naples Daily News, May 3, 1999 | | |
| 40 | NORFED Newsletter, Vol. 1, No. 3, August 1999 | | |
| 41 | NORFED Newsletter, Vol. 1, No. 4, September 1999 | | |
| 42 | Letter from Mr. von NotHaus to Joan Reilly of the Secret Service, September 12, 1999 | | |
| 43 | Annual Inspection & Audit of NORFED's American Liberty Currency Program, by Tom Power, Ada Loper, and NotHaus, September 21, 1999 | | |
| 44 | NORFED Newsletter, Vol. 1, No. 5, Pt. 1, October 1999 | | |
| 45 | NORFED Newsletter, Vol. 1, No. 5, Pt. 2, October 1999 | | |

| | | | |
|---|---|---|---|
| 46 | Dennis Grover, With Liberty and Justice For All, Televised October 13, 1999, Featuring von NotHaus (video) | | |
| 47 | NORFED Minutes for Meeting November 8, 1999 | | |
| 48 | Y2K-Safe Currency: American Liberty Currency Looks to Expand Base, Coins, November 1999,  p. 70 | | |
| 49 | NORFED Newsletter, Vol. 1, No. 6, November 1999 | | |
| 50 | NORFED Minutes for Meeting November 15, 1999 | | |
| 51 | NORFED Certificate of Resolution November 27, 1999 | | |
| 52 | NORFED Newsletter, Vol. 1, No. 7, December 1999 | | |
| 53 | NORFED Resignation of Director December 31, 1999 | | |
| 54 | NORFED Minutes of Meeting January 1, 2000 | | |
| 55 | NORFED Newsletter, Vol. 2, No. 1, January 2000 | | |
| 56 | John Stromnes, Currency Exchange: Are these the Tools That Will Destroy the Federal Reserve?, Missoulian, January 24, 2000 | | |
| 57 | John Stromnes, Federal Reserve Reaction: "So Be It," Missoulian, January 24, 2000 | | |
| 58 | NORFED Newsletter, Vol. 2, No. 2, February 2000 | | |
| 59 | Cletus Nelson, American Liberty Bucks: One Year Later, the Plot Thickens for the Alternative Currency, Eye Magazine, February 1, 2000, p. 37 | | |
| 60 | NORFED Newsletter, Vol. 2, No. 3, March 2000 | | |
| 61 | NORFED Notice of Meeting April 1, 2000 | | |
| 62 | NORFED Newsletter, Vol. 2, No. 4, April 2000 | | |
| 63 | NORFED Newsletter, Vol. 2, No. 5, May 2000 | | |
| 64 | NORFED Minutes of Meeting May 1, 2000 | | |
| 65 | Joanna Grammon, Eye of the Storm, Skamania County Pioneer Newspaper, May 1, 2000 | | |
| 66 | An Introduction to the American Liberty Dollar, May 7, 2000, PSI Convention, Las Vegas, NY (video) | | |
| 67 | NORFED Newsletter, Vol. 2, No. 6, June 2000 | | |

| 68 | Kelley O. Beaucar, National Group Mints Its Own Dough to Take Control from Government, ConservativeHQ.com, June 15, 2000 | | |
|---|---|---|---|
| 69 | NORFED Newsletter, Vol. 2, No. 7, July 2000 | | |
| 70 | Lawrence H. White, A Competitor for the Fed?, (Foundation for Economic Education, July 1, 2000) | | |
| 71 | Leo Jakobson, Bearing the Silver Standard, siliconalleyreporter.com, July 1, 2000 | | |
| 72 | NORFED Newsletter, Vol. 2, No. 8, August 2000 | | |
| 73 | NORFED Newsletter, Vol. 2 No. 9, September 2000 | | |
| 74 | Annual Audit & Inspection of NORFED's American Liberty Currency Program, by Tom Power, Ada Loper, and NotHaus on September 7, 2000 | | |
| 75 | NORFED Founder Tours Sunshine Mint, The Idaho Observer, September 8, 2000 | | |
| 76 | NORFED Newsletter, Vol. 2, No. 10, October 2000 | | |
| 77 | Michael Y. Park, Funny Money: A Whole New Meaning for Local Currency, FoxNews, October 16, 2000 | | |
| 78 | NORFED Newsletter, Vol. 2, No. 11, November 2000 | | |
| 79 | NORFED Success Forces MB to Limit Currency, Media Bypass, November 11, 2000 | | |
| 80 | NORFED Newsletter, Vol. 2, No. 12, December 2000 | | |
| 81 | The Time Dollar Way, Vol. 1, No. 4, Winter, 2000 | | |
| 82 | NORFED Newsletter, Vol. 3, No. 1, January 2001 | | |
| 83 | NORFED Newsletter, Vol. 3, No. 2, February 2001 | | |
| 84 | NORFED Newsletter, Vol. 3, No. 3, March 2001 | | |
| 85 | Jon Rappoport, Alternative Currencies, nomorefakenews.com, March 1, 2001 | | |
| 86 | James Jaeger email to Griffin and NotHaus, March 13, 2001 | | |
| 87 | Eric C. Johnson, NORFED Is the Freedom Home Page of the Week, free-market.net, The Freedom Network, March 13, 2001 | | |
| 88 | NORFED Notice of Meeting March 30, 2001 | | |

| 89 | NORFED Newsletter, Vol. 3, No. 4, April 2001 | | |
|---|---|---|---|
| 90 | NORFED Minutes of Meeting April 30, 2001 | | |
| 91 | NORFED Newsletter, Vol. 3, No. 5, May 2001 | | |
| 92 | Tariq Malik, New Kind of Money Appears in Huntington Beach, Huntington Beach Independent, May 2, 2001 | | |
| 93 | Paul Allor, Group Offers New Money Backed by Silver, Peru Tribune, May 13, 2001 | | |
| 94 | NORFED Newsletter, Vol. 3, No. 6, June 2001 | | |
| 95 | NORFED Newsletter, Vol. 3, No. 7, July 2001 | | |
| 96 | NORFED Newsletter, Vol. 3, No. 8, August 2001 | | |
| 97 | NORFED Newsletter, Vol. 3, No. 9, September 2001 | | |
| 98 | Nothaus, The Nazi-ization of America: September 11th and the Reign of Government to Follow! | | |
| 99 | Annual Audit & Inspection of NORFED's American Liberty Currency Program, by Tom Power, Ada Loper, NotHaus, and Morgan, on September 19, 2001 | | |
| 100 | NORFED Newsletter, Vol. 3, No. 10, October 2001 | | |
| 101 | Don Harkins, Protesting the Federal Reserve - $1 at a Time, The Idaho Observer, October 11, 2001 | | |
| 102 | NORFED Newsletter, Vol. 3, No. 11, November 2001 | | |
| 103 | Leonard Orr, Local Money, The Conscious Connection, November 1, 2001 | | |
| 104 | NORFED Newsletter, Vol. 3, No. 12, December 2001 | | |
| 105 | NORFED Newsletter, Vol. 4, No. 1, January 2002 | | |
| 106 | Ask Yahoo, January 15, 2002 | | |
| 107 | Steve H. Hanke, Point of View, May the Best Currency Win, Forbes Magazine, January 21, 2002 | | |
| 108 | NORFED Newsletter, Vol. 4, No. 2, February 2002 | | |
| 109 | Edward C. Rochette, Private Currency and Castles in the Air, The Numismatist, February 2002, p. 199 | | |
| 110 | Donn Pearlman, Florida Numismatics: His-Story, The Numismatist, February 2002, p. 248 | | |
| 111 | William Hoffman, Writer Explores Resistance to Liberty Money, Peru Tribune, February 1, 2002 | | |

| 112 | NORFED Newsletter, Vol. 4, No. 3, March 2002 | | |
|---|---|---|---|
| 113 | Michele Orzano, Local Artists Design Private Currency, Coin World, March 25, 2002, p. 1 | | |
| 114 | NORFED Notice of Meeting April 1, 2002 | | |
| 115 | NORFED Newsletter, Vol. 4, No. 4, April 2002 | | |
| 116 | Liberty Dollar Information Pack CD April 24, 2002 | | |
| 117 | Circulation Poor for Town's Alternative Money: Cash Created to Support Meditation Movement Gets Lukewarm Welcome, The News-Press, Tuesday, April 30, 2002, p. 6A | | |
| 118 | NORFED Minutes of Meeting May 3, 2002 | | |
| 119 | NORFED Newsletter, Vol. 4, No. 5, May 2002 | | |
| 120 | Jane Greig, Who Are These People?, Austin American-Statesman, May 20, 2002 | | |
| 121 | Hillary Lister, Fighting the Fed: American Liberty Dollars Spread in Maine, Maine Commons, May 24, 2002 | | |
| 122 | NORFED Newsletter, Vol. 4, No. 6, June 2002 | | |
| 123 | $1,000,000 in New Liberty Dollars, The Northern Light, June 10, 2002 | | |
| 124 | NORFED Resolution June 17, 2002 | | |
| 125 | Jane Greig, For a Few Businesses, This Alternate Currency Is as Good as Gold, Austin American-Statesman, June 30, 2002, Section K | | |
| 126 | NORFED Newsletter, Vol. 4, No. 7, July 2002 | | |
| 127 | Leonard Orr, Rebirth International, Love Notes | | |
| 128 | NORFED Newsletter, Vol. 4, No. 8, August 2002 | | |
| 129 | Jess Kilby, Bucking the System: Liberty Dollars Take on the Federal Reserve, The Portland Phoenix, August 1, 2002 | | |
| 130 | "Liberty Dollars" Found Circulating Here, The Cass County Democrat Missourian, August 2, 2002 | | |
| 131 | Michele Orzano, Canadian Island Finalizes $100 Design: Local Currency Depicts Interned Japanese-Canadians, Coin World, August 5, 2002, p. 2 | | |
| 132 | Tabu Shell Currency Serves in Ceremonial, Cultural Uses: East New Britain Stores 14.5 Million Fathoms, Coin World, August 12, 2002, p. 78 | | |

| | | | |
|---|---|---|---|
| 133 | NORFED Newsletter, Vol. 4, No. 9, September 2002 | | |
| 134 | Annual Audit & Inspection of NORFED's American Liberty Currency Program, by Tom Power, Ada Lopez, NotHaus, and Neal, on September 11, 2002 | | |
| 135 | NORFED Newsletter, Vol. 4, No. 10, October 2002 | | |
| 136 | NORFED Notice of Meeting October 22, 2002 | | |
| 137 | Jason Pratt email to NotHaus, October 22, 2002 | | |
| 138 | NORFED Minutes of Meeting November 1, 2002 | | |
| 139 | NORFED Newsletter, Vol. 4, No. 11, November 2002 | | |
| 140 | NORFED Newsletter, Vol. 4, No. 12, December 2002 | | |
| 141 | NORFED Newsletter, Vol. 5, No. 1 January 2003 | | |
| 142 | March Benvenuto, U.S. Scrip: An Independent Streak and Neighborly Trust Have helped Local Scrip Survive in a Global Society, Numismatist, January 2003, p. 45 | | |
| 143 | Trevor Warner, Some Ridge Residents Now Using "Liberty Dollars," Paradise post, January 9, 2003 | | |
| 144 | Trevor Warner, New Money Doesn't Bug Federal Reserve, Paradise Post, January 14, 2003 | | |
| 145 | Marel Bendshadler email to NotHaus, January 31, 2003 | | |
| 146 | NORFED Newsletter, Vol. 5, No. 2 February 2003 | | |
| 147 | Michele Orzano, Canadian Island Issues New Editions of Private Currency: Note Designs Feature Paintings by Island Artists, Coin World, Monday, February 17, 2003, p. 75 | | |
| 148 | NORFED Newsletter, Vol. 5, No. 3, March 2003 | | |
| 149 | NORFED Notice of Meeting April 4, 2003 | | |
| 150 | NORFED Newsletter, Vol. 5, No. 4, April 2003 | | |
| 151 | Kelly P. O'Meara, Alternative Money Has Redeeming Value, Insight Magazine, April 16, 2003 | | |
| 152 | NORFED Newsletter, Vol. 5, No. 5, May 2003 | | |

| 153 | Lawrence J. Lee, Money Museum, The Shepherd's Rod: A Religious Leader Who Believed He was a Divine Prophet Made a Profit Guiding His Flock in Financial and Spiritual Matters, Numismatist, May 2003, p. 70 | | |
|-----|---|---|---|
| 154 | NORFED Minutes of Meeting May 5, 2003 | | |
| 155 | NORFED Newsletter, Vol. 5, No. 6, June 2003 | | |
| 156 | McDonald Diner Dollars | | |
| 157 | NORFED Newsletter, Vol. 5, No. 7, July 2003 | | |
| 158 | John McCaslin, Give Me Liberty …, The Washington Times, July 3, 2003 | | |
| 159 | NORFED Newsletter, Vol. 5, No. 8, August 2003 | | |
| 160 | Michele Orzano, Beginner's Workshop, Community Scrip: Home Grown Currency Offers Communities Legal Alternative to Federal Reserve Notes, Coin World, Monday, August 25, 2003 | | |
| 161 | NORFED Newsletter, Vol. 5, No. 9, September 2003 | | |
| 162 | Victor E. Annaloro, U.S. Scrip, Picture This: A Well-Preserved Example of 19th-Century American Scrip Poses a Puzzling Challenge to One Paper Money Collector, Numismatist, September 2003, p. 62 | | |
| 163 | Annual Audit & Inspection of American Liberty Currency Program Distributed by NORFED, by Tom Power, Ada Lopez, Sarah Bledsoe, and Jason Pratt, on September 12, 2003 | | |
| 164 | NORFED Newsletter, Vol. 5, No. 10, October 2003 | | |
| 165 | Paul Harvey, The Rest of the Story, 2003 (audio) | | |
| 166 | 1998-2003, The Liberty Dollar, Solution, To the Federal Reserve (Am. Fin. Press 2003) | | |
| 167 | Liberty Dollar University, October 6, 2003 | | |
| 168 | NORFED Newsletter, Vol. 5, No. 11, November 2003 | | |
| 169 | NORFED Newsletter, Vol. 5, No. 12, December 2003 | | |
| 170 | NORFED Newsletter, Vol. 6, No. 1, January 2004 | | |
| 171 | Super Structures: Making Money, Learning Channel, January 8, 2004 (full video) | | |

| 172 | Super Structures: Making Money, Learning Channel, January 8, 2004 (abbreviated video) | | |
|---|---|---|---|
| 173 | NORFED Newsletter, Vol. 6, No. 2, February 2004 | | |
| 174 | Dennis Grover, The Liberty Dollar, With Liberty and Justice for All, 2004 | | |
| 175 | NORFED Newsletter, Vol. 6, No. 3, March 2004 | | |
| 176 | Michelle Jones incident report, March 10, 2004 | | |
| 177 | Maurice England incident report, March 16, 2004 | | |
| 178 | William Ryberg, Liberty Currency Is Sounder Than a Dollar, Users Say, The Des Moines Register, March 18, 2004 | | |
| 179 | NORFED Newsletter, Vol. 6, No. 4, April 2004 | | |
| 180 | NORFED Press Release, Inflation Proof Currency Set to Double, April 5, 2004 | | |
| 181 | NORFED Notice of Meeting April 14, 2004 | | |
| 182 | NORFED Newsletter, Vol. 6, No. 5, May 2004 | | |
| 183 | NORFED Minutes of Meeting May 14, 2004 | | |
| 184 | NORFED Newsletter, Vol. 6, No. 6, June 2004 | | |
| 185 | NORFED Newsletter, Vol. 6, No. 7, July 2004 | | |
| 186 | Liberty Dollar University – Evansille Campus Workbook 2004 | | |
| 187 | NORFED Newsletter, Vol. 6, No. 8, August 2004 | | |
| 188 | NORFED Newsletter, Vol. 6, No. 9, September 2004 | | |
| 189 | Annual Audit & Inspection of American Liberty Currency Program Distributed by NORFED, by Tom Power, Ada Lopez, NotHaus, and Howey, on September 14 2004 | | |
| 190 | Jane Andrews, Liberty Dollar Celebrates 6th Anniversary, Gaining in Popularity Across U.S., East Tennessee Business Journal Online, September 30, 2004 | | |
| 191 | NORFED Newsletter, Vol. 6, No. 10, October 2004 | | |
| 192 | NORFED Newsletter, Vol. 6, No. 11, November 2004 | | |
| 193 | Michele Orzano, Communities Circulate Local Scrip: Oregon-Washington Border Region Using RiverHOURS, Coin World, Monday, November 1, 2004, p. 3 (Columbia River Gourge Currency) | | |

| 194 | NORFED Newsletter, Vol. 6, No. 12, December 2004 | | |
|---|---|---|---|
| 195 | NORFED Newsletter, Vol. 7, No. 1, January 2005 | | |
| 196 | NORFED Newsletter, Vol. 7, No. 2, February 2004 | | |
| 197 | NORFED Newsletter, Vol. 7, No. 3, March 2005 | | |
| 198 | Marion Harrison letter to George Rogers, Secret Service, March 22, 2005 | | |
| 199 | NORFED Newsletter, Vol. 7, No. 4, April 2005 | | |
| 200 | NORFED Notice of Meeting April 10, 2005 | | |
| 201 | NORFED Newsletter, Vol 7, No. 5, May 2005 | | |
| 202 | NORFED Minutes of Meeting May 10, 2005 | | |
| 203 | NORFED Newsletter, Vol. 7, No. 6, June 2005 | | |
| 204 | NORFED Newsletter, Vol. 7, No. 7, July 2005 | | |
| 205 | NORFED Newsletter, Vol. 7, No. 8, August 2005 | | |
| 206 | NORFED Newsletter, Vol. 7, No. 9, September 2005 | | |
| 207 | Gordon Fraser, "Liberty Dollar' Causes Concern in the Region, The Citizen, September 6, 2005 | | |
| 208 | Annual Audit & Inspection of American Liberty Currency Program Distributed by NORFED, by Tom Power, Dana Robson, NotHaus, and Karl Reile, on September 20, 2005 | | |
| 209 | NORFED Newsletter, Vol. 7, No. 10, October 2005 | | |
| 210 | NORFED Newsletter, Vol. 7, No. 11, November 2005 | | |
| 211 | NORFED Newsletter, Vol. 7, No. 12, December 2005 | | |
| 212 | New Dollar Comes to Hope, Amigo Spanish Newspaper, December 22, 2005 | | |
| 213 | NORFED Newsletter, Vol. 8, No. 1, January 2006 | | |
| 214 | Dan Herbeck, No Tossup Regarding Legality of Liberty Coins, The Buffalo News, January 22, 2006 | | |
| 215 | NORFED Newsletter, Vol. 8, No. 2, February 2006 | | |
| 216 | NORFED Notice of Meeting February 1, 2006 | | |
| 217 | NORFED Minutes of Meeting February 15, 2006 | | |
| 218 | NORFED Newsletter, Vol. 8, No. 3, March 2006 | | |
| 219 | NORFED Newsletter, Vol. 8, No. 4, April 2006 | | |

| 220 | I.M. Stackel, Marco's Liberty Dollars Are "Money" Just for the Fun of It, Naples Daily News, April 1, 2006 | | |
|---|---|---|---|
| 221 | Quentin Roux, Jobs Satisfaction: Marco Businessman Takes Multitasking to a New Level, Naples Daily News, April 5, 2006 | | |
| 222 | Charity Vogel, What Is the Cost of Liberty, Buffalo News, April 12, 2006 | | |
| 223 | NotHaus letter announcing new issue of $20 Silver Base Certificates, April 21, 2006 | | |
| 224 | NotHaus letter to Richard Pitagora with attached Regional Currency Officer Package, April 26, 2006 | | |
| 225 | NORFED Newsletter, Vol. 8, No. 5, May 2006 | | |
| 226 | Laura Hunt, Worth Its Weight in Silver, Alamogordo Daily News, Wednesday, May 3, 2006 | | |
| 227 | Gary Shapiro, Liberty Dollar in Quixoti Bid to Replace Greenback, The New York Sun, Thursday, May 11, 2006 | | |
| 228 | Heidi A. DeVries, Liberty Dollars: Backers Push Their Acceptance in Sunshine State, News Chief, Monday, May 15, 2006 | | |
| 229 | NORFED Newsletter, Vol. 8, No. 6, June 2006 | | |
| 230 | Jim Hook, Liberty Dollars' Money Trail Uses Nevada, Public Opinion – Chambersburg PA, June 1, 2006 | | |
| 231 | Jim Hook, Not So Funny Money: Alternative Currency Makes the Rounds, Public Opinion – Chambersburg PA, June 1, 2006 | | |
| 232 | Andrew Webb, Private Money: If You Were a Merchant, Would You Accept These Coins?, The Albuquerque Journal, Sunday, June 11, 2006 | | |
| 233 | CBS NY Report on Liberty Dollar (video) | | |
| 234 | CBS Chambersburg Report on Liberty Dollar (video) | | |
| 235 | CBS KEYE Austin Report on Liberty Dollar (video) | | |
| 236 | Tristan Scott, Liberty Dollars Legal, But May Be Hard to Cash, Missoulian, June 26, 2006 | | |
| 237 | NORFED Newsletter, Vol. 8, No. 7, July 2006 | | |

| 238 | Josh Kastrinsky, What Is the Liberty Dollar?: "Emerging Currency" Advocate Works for Return to Gold Standard, Mooresville Decatur-Times, July 1, 2006 | | |
|---|---|---|---|
| 239 | Peter Hallock, Millions of Slaves in 21st Century America, Citizens Informer, Vol. 37, No. 3, July – September 2006, p. 1 | | |
| 240 | William Robins, Clark, Gruber & Co: A Private Minting Firm Was the Predecessor to the U.S. Mint in Denver, Numismatist, July 2006, p. 37 | | |
| 241 | NORFED Newsletter, Vol. 8, No. 8, August 2006 | | |
| 242 | Rally, Federal Reserve NY, NY, August 9, 2006, Press Release and Photo | | |
| 243 | NORFED Newsletter, Vol. 8, No. 9, September 2006 | | |
| 244 | David Deschesne, Feds Scared of Constitutional Money, Fort Fairfield Journal, September 2006 | | |
| 245 | U.S. Mint Press Release, Liberty Dollars Not Legal Tender, United States Mint Warns Consumers: Prosecutors with Justice Department Determine Use of Liberty Dollars Medallions as Circulating Money is a Crime, September 14, 2006 | | |
| 246 | Joel Burgess, Liberty Dollars Face Legal Scrutiny, Citizens-Times.com, Asheville Citizens-Times, September 15, 2006 | | |
| 247 | Barbara Hagenbaugh, Feds Lower Boom on Alternative Money, USA Today, September 15, 2006 | | |
| 248 | William Norman Grigg, Fed's Insist Gold and Silver Coins Aren't "Real," JBS News Fee, The New American, September 18, 2006 | | |
| 249 | Annual Audit & Inspection of American Liberty Currency Program Distributed by NORFED, by Tom Power, Dana Robson, NotHaus, and Alfredo Pacheco, on September 19, 2006 | | |
| 250 | LeMetropole Café ALD Mint Discussion, Daily Commentary, LeMetropole Café, September 20, 2006 | | |

| 251 | Rick Thomas, Silver: Real Money, or Tinhorn Trickery?, Coeur d'Alene Press, September 23, 2006 | | |
|---|---|---|---|
| 252 | Phil Lucas, Life, Liberty and the Pursuit of Loot, Panama City News Herald, September 24, 2006 | | |
| 253 | David Bond, US Mint, Norfed Squabble Over 1 Oz Silver Coin's Validity, Metals Week, Platts, September 25, 2006, p. 14. | | |
| 254 | Pat Shannan, Federal Reserve Fears Honest Money, American Free Press, September 28, 2006 | | |
| 255 | Paul Gilkes, NORFED Denies Mint Claims; Company Says Liberty Dollars Don't Deceive, Coin World, September 28, 2006 | | |
| 256 | NORFED Newsletter, Vol. 8, No. 10, October 2006 | | |
| 257 | North Jersey Media Group, If the Ad Says It's No Lie, It's Best to Verify, NorthJersey.com, October 1, 2006 | | |
| 258 | Paul Gilkes, Mint Warns Consumers About "Liberty Dollars:" Justice Department Calls Use Illegal, Coin World, October 2, 2006 | | |
| 259 | Fred E. Foldvary, U.S. Mint Seeks Monopoly, The Progress Report, October 9, 2006 | | |
| 260 | United Press International, U.S. Mint: "Liberty Dollars" a Buck Short, October 10, 2006 | | |
| 261 | Elizabeth Williamson, "Liberty Dollars" Can Buy Users a Prison Term, U.S. Mint Warns, Washington Post, October 10, 2006 | | |
| 262 | Michael Matza, Is It Sounder Than a Dollar?: Proponents of an Alternative Currency Called Liberty Dollars Say They Know What U.S. Money Is Worth: "Zilch.", Philadelphia Inquirer, October 10, 2006 | | |
| 263 | NotHaus, Get the Liberty Dollar…Unjustly Defamed by the US Mint?, Free Market News Network, October 10, 2006 | | |
| 264 | Jessica Levco, Mint Warns the "Liberty Dollar" Not Legal Tender, Polk Online, Community News, October 11, 2006 | | |

| | | | |
|---|---|---|---|
| 265 | F. William Engdahl, Crisis of the U.S. Dollar System, Center for Research on Globalization, October 14, 2006 | | |
| 266 | Tristan Scott, Liberty Dollars Draw Law Enforcement Attention, Billings Gazette, October 16, 2006 | | |
| 267 | NORFED Notice of Meeting October 22, 2006 | | |
| 268 | Paul Gilkes, Private Group Modifies Liberty Dollar Obverse: NORFED Replaces "USA" with 2006, Coin World, October 23, 2006 | | |
| 269 | Ieva M. Augstums, Liberty Dollars Used in Asheville Are Not Legal Tender, The Herald-Sun, November 11, 2006 | | |
| 270 | Nitisha Desai, Some Asheville Stores Accepting Illegal Coins: Group Says Liberty Dollar Legitimate, Daily Tar Heel, November 20, 2006 | | |
| 271 | NORFED Nevada Nonprofit Dissolution November 24, 2006 | | |
| 272 | NORFED Minutes of Meeting November 27, 2006 | | |
| 273 | Harold Don Allen, Exonumia, Canadian Tire Scrip: An Enterprising Company's Currency Fueled One of the Most Successful Loyalty Programs in Canada's Retail History, Numismatist, December 2006, p. 63 | | |
| 274 | Congressman Ron Paul letter to Gonzales and Moy, December 5, 2006 | | |
| 275 | Liberty Dollar University Handouts July 25, 2007 | | |
| 276 | Simon Constable, Raid on Ron Paul Dollar Maker: Quick! Hide Your Ron Paul Dollars, TheStreet.com, November 16, 2007 (video) | | |
| 277 | Alec MacGillis, In Paul They Trust (The Feds May Differ), Washington Post, November 17, 2007 | | |
| 278 | Alec MacGillis, If It's Good Enough for Mickey, Why Not for Paul?, Washington Post, November 19, 2007 | | |
| 279 | NotHaus Integra Bank Account Statement December 31, 2007 | | |
| 280 | James Yaeger, Fiat Empire: Why the Federal Reserve Violates the U.S. Constitution (video) | | |

| | | | |
|---|---|---|---|
| 281 | Peter Brimelow, Ron Paul's Competing Currencies, LewRockwell.com, January 29, 2008 | | |
| 282 | FBI Letter to NotHaus February 26, 2008 | | |
| 283 | Liberty Services Integra Bank Statement February 29, 2008 | | |
| 284 | Liberty Dollar Notice of 2009 Bullion Rate Schedule January 30, 2009 | | |
| 285 | Douglas Mudd, Money Museum, Lifesavers: A Variety of Monetary Measures Taken During the Great Depression Offered Hope to the Hard-Hit Banking System and the American People, The Numismatist, January 2009, p. 72 | | |
| 286 | Michael E. Marotta, Internet Connections, Community Scrip: Exchange Currency Serves an Important Function in Times of Economic Uncertainty, The Numismatist, January 2009, p. 25 | | |
| 287 | Aspen Silver Dollar Website, December 7, 2010 | | |
| 288 | Liberty Dollar Associate Introduction, Information, and Contract | | |
| 289 | KEYE Austin CBS News Report (Video) | | |
| 290 | The Borsodi Constant an Inflation-Free Currency, Mother Earth News, October 24, 2010 | | |
| 291 | Sam Shaw, The Silver Lining: How You Can Profit from the Coming Monetary Apocalypse!, Harper's Magazine, January 2010 | | |
| 292 | Dan Armstrong, Competing Currency Being Accepted Across Mid-Michigan, NBC25, Broadcast July 12-13, 2010, video | | |
| 293 | Director's Coin for Excellence Medal | | |
| 294 | Professional Coin Grading Service, Director's Coin for Excellence Medal Awarded to PCGS' Miles Standish, January 24, 2011 | | |
| 295 | 1879 Stella Obverse | | |
| 296 | 1879 Stella Reverse | | |
| 297 | 1879 Stella Closeup | | |
| 298 | 1881 California Gold Obverse | | |
| 299 | 1881 California Gold Reverse | | |
| 300 | 1881 California Gold Closeup | | |
| 301 | 1915 Eureka Obverse | | |

| | | | |
|---|---|---|---|
| 302 | 1915 Eureka Reverse | | |
| 303 | 1915 Eureka Closeup | | |
| 304 | 1987 Elvis in Hawaii $10 | | |
| 305 | 2009 Hawaii Dala Obverse | | |
| 306 | 2009 Hawaii Dala Reverse | | |
| 307 | 2009 Hawaii Dala Closeup | | |
| 308 | 1971 Eisenhower Dollar Obverse | | |
| 309 | 1971 Eisenhower Dollar Reverse | | |
| 310 | Liberty Dollar 1998 – 1 oz .999 fine | | |
| 311 | Liberty Dollar $10 1998/1999 | | |
| 312 | Liberty Dollar $10 1999 1 oz .999 fine | | |
| 313 | Liberty Dollar $10 2000 Type I | | |
| 314 | Liberty Dollar $10 2000 Type II | | |
| 315 | Liberty Dollar $10 2000 Type III | | |
| 316 | Liberty Dollar $10 2003 Type I | | |
| 317 | Liberty Dollar $10 2003 Type II | | |
| 318 | Liberty Dollar $10 2003 Type III | | |
| 319 | Liberty Dollar $10 2003 Type IV | | |
| 320 | Liberty Dollar $10 2005 | | |
| 321 | Liberty Dollar $10 2006 Puerto Rico | | |
| 322 | Liberty Dollar $20 2004 | | |
| 323 | Liberty Dollar $20 2005 Type I | | |
| 324 | Liberty Dollar $20 2005 Type II | | |
| 325 | Liberty Dollar $20 2006 Puerto Rico | | |
| 326 | Liberty Dollar $20 2006 Michigan | | |
| 327 | Liberty Dollar $20 2006 California | | |
| 328 | Liberty Dollar $20 2006 Colorado | | |
| 329 | Liberty Dollar $20 2006 Washington | | |
| 330 | Liberty Dollar $20 2006 Florida | | |
| 331 | Liberty Dollar $20 2006 New Hampshire | | |
| 332 | Liberty Dollar $20 2006 Georgia | | |
| 333 | Liberty Dollar $20 2006 Marco Island | | |
| 334 | Liberty Dollar $20 2006 Pennsylvania | | |
| 335 | Liberty Dollar $20 2006 Indiana | | |
| 336 | Liberty Dollar $20 2006 New Mexico | | |
| 337 | Liberty Dollar $20 2006 North Dakota | | |
| 338 | Liberty Dollar $20 2006 Idaho | | |
| 339 | Liberty Dollar $20 2006 New York | | |
| 340 | Liberty Dollar $20 2006 Alaska | | |

| | | | |
|---|---|---|---|
| 341 | Liberty Dollar $20 2006 Massachusetts | | |
| 342 | Liberty Dollar $20 2006 Virginia | | |
| 343 | Liberty Dollar $20 2006 Missouri | | |
| 344 | Liberty Dollar $20 2006 Texas | | |
| 345 | Liberty Dollar $20 2006 North Carolina | | |
| 346 | Liberty Dollar $20 2006 Alabama | | |
| 347 | Liberty Dollar $20 2006 Montana | | |
| 348 | Liberty Dollar $20 2006 Illinois | | |
| 349 | Liberty Dollar $20 2006 Mississippi | | |
| 350 | Liberty Dollar $20 2006 Oregon | | |
| 351 | Liberty Dollar $20 2006 Maine | | |
| 352 | Liberty Dollar $20 2006 | | |
| 353 | Liberty Dollar $20 2007 Puerto Rico English | | |
| 354 | Liberty Dollar $20 2007 Puerto Rico Spanish | | |
| 355 | Liberty Dollar $20 2007 Panama | | |
| 356 | Liberty Dollar $20 2006/2007 | | |
| 357 | Liberty Dollar $20 2007 Equador | | |
| 358 | Liberty Dollar $20 2007 California Bear | | |
| 359 | Liberty Dollar $20 2006/2007 Texas | | |
| 360 | Liberty Dollar $20 2007 Gillie's | | |
| 361 | Liberty Dollar $20 2007 Chambersburg | | |
| 362 | Liberty Dollar $20 2008 Ron Paul | | |
| 363 | Liberty Dollar $20 2007 Milwaukee ANA | | |
| 364 | Liberty Dollar $20 2007 Evansville | | |
| 365 | Liberty Dollar $20 2007 Chiropractic | | |
| 366 | Liberty Dollar $20 2008 | | |
| 367 | Liberty Dollar €20 2008 Euro | | |
| 368 | Liberty Dollar $20 2009 | | |
| 369 | Liberty Dollar $20 2009 Torch Type I | | |
| 370 | Liberty Dollar $20 2009 Torch Type II | | |
| 371 | Liberty Dollar $20 2009 Peace | | |
| 372 | Liberty Dollar $20 2009 Torch Type III | | |
| 373 | Liberty Dollar $20 2009 Peach Torch | | |
| 374 | Liberty Dollar $20 2009 Freedom Torch | | |
| 375 | Second Amendment Dollar $20 2009 | | |
| 376 | Liberty Dollar $50 2008 | | |
| 377 | Liberty Dollar $50 2008 Tenth Anniversary | | |
| 378 | Second Amendment Dollar $50 2010 | | |
| 379 | Aspen Dollar $50 2010 | | |

| | | | |
|---|---|---|---|
| 380 | Liberty Dollar $50 and $100 2003/2006 Five Ounce .999 Fine Silver | | |
| 381 | Zimbabwe 100 Trillion Note | | |
| 382 | US $20 Gold Saint Obverse | | |
| 383 | US $20 Gold Saint Reverse | | |
| 384 | US Currency Collection | | |
| 385 | US Coin Collection | | |
| 386 | US Greenback Front | | |
| 387 | US Greenback Back | | |
| 388 | Spanish Piece of Eight Obverse | | |
| 389 | Spanish Piece of Eight Reverse | | |
| 390 | Shenandoah Free Money | | |
| 391 | Ron Paul Currency | | |
| 392 | Second Amendment $500 2010 Obverse | | |
| 393 | Second Amendment $500 2010 Reverse | | |
| 394 | Ron Paul Collection Obverse | | |
| 395 | Ron Paul Chocolate Obverse | | |
| 396 | Ron Paul Chocolate Reverse | | |
| 397 | Sunshine Silver Round Obverse | | |
| 398 | Gold Buffalo – Real and Fake Reverse | | |
| 398A | Gold Buffalo – Real and Fake Obverse | | |
| 399 | MTB Silver Round Obverse | | |
| 400 | MTB Silver Round Reverse | | |
| 401 | Gold Standard Harwood Silver Dollar Obverse | | |
| 402 | Gold Standard Harwood Silver Dollar Reverse | | |
| 403 | Houston Hour Currency Front | | |
| 404 | Ithaca Hour Currency Set | | |
| 405 | Ithaca One Hour Curreny | | |
| 406 | Ithaca Quarter Hour Currency | | |
| 407 | Johnson Matthey Silver Reverse | | |
| 408 | Yugoslavia 500 Billion Note | | |
| 409 | Krause Currency | | |
| 410 | Merchant Sticker | | |
| 411 | Deception Dollar Front | | |
| 412 | Deception Dollar Back | | |
| 413 | ANA Currency | | |
| 414 | BerkShares Currency Set | | |
| 415 | Borsodi Paper Certificate | | |
| 416 | Borsodi Silver Constant Obverse | | |

| | | | |
|---|---|---|---|
| 417 | Borsodi Silver Constant Reverse | | |
| 418 | 1804 US Silver Dollar Obverse | | |
| 419 | 1804 US Silver Dollar Reverse | | |
| 420 | Gold Standard Deak Obverse | | |
| 421 | Gold Standard Deak Reverse | | |
| 422 | Disney Dollars | | |
| 423 | Fantasy Currency | | |
| 424 | French Assignat Currency | | |
| 425 | French Assignat Set | | |
| 426 | German NotGeld | | |
| 427 | German Notgeld Collection | | |
| 428 | Gold Standard Certificate Set | | |
| 429 | Liberty Dollar Tenth Anniversary Set Obverse | | |
| 430 | Liberty Dollar Tenth Anniversary Set Reverse | | |
| 431 | Liberty Dollar $50 Gold 2008 Obverse | | |
| 432 | Liberty Dollar $50 Gold 2008 Reverse | | |
| 433 | Liberty Dollar $500 Gold 2008 Obverse | | |
| 434 | Liberty Dollar $500 Gold 2008 Reverse | | |
| 435 | Liberty Dollar $1000 Gold 2006 Obverse | | |
| 436 | Liberty Dollar $1000 Gold 2006 Reverse | | |
| 437 | 1922 US Siler Peace Dollar Obverse | | |
| 438 | 1882 US Morgan Silver Dollar Obverse | | |
| 439 | Liberty Dollar $500 Gold Liberty 2000 Obverse | | |
| 440 | Liberty Dollar $500 Gold Liberty 2000 Reverse | | |
| 441 | Liberty Dollar Fifth Anniversary Set Obverse | | |
| 442 | Liberty Dollar Fifth Anniversary Set Reverse | | |
| 443 | 1776 Continental Dollar Front | | |
| 444 | Tiffany Money $50 Obverse | | |
| 445 | Tiffany Money $50 Reverse | | |
| 446 | Tiffany Money $100 Obverse | | |
| 447 | Tiffany Money $100 Reverse | | |
| 448 | Liberty Dollar $1000 Gold Certificate | | |
| 449 | Liberty Dollar $50 2003 Obverse | | |
| 450 | Liberty Dollar $50 2003 Reverse | | |
| 451 | Liberty Dollar $50 2003 Comparison | | |
| 452 | American Liberty $50 Silver Certificate | | |
| 453 | Dollan $20 Gold Certificate | | |
| 454 | Gold Standard $20 Gold Certificate | | |
| 455 | Hawaii Dala $20 Obverse | | |

| | | | |
|---|---|---|---|
| 456 | Hawaii Dala $20 Reverse | | |
| 457 | American Liberty $20 Silver Certificate | | |
| 458 | Liberty Dollar $20 Base Certificates Front | | |
| 459 | Liberty Dollar $20 Base Certificates Back | | |
| 460 | US $10 Story | | |
| 461 | Gold Standard $1 Certificate Front | | |
| 462 | Hawaii Dala $1 Certificate | | |
| 463 | Princess Dala $5 Obverse | | |
| 464 | Princess Dala $5 Reverse | | |
| 465 | Queen Dala $10 Obverse | | |
| 466 | Queen Dala $10 Reverse | | |
| 467 | Liberty Dollar $10 Base Certificates Front | | |
| 468 | Liberty Dollar $10 Base Certificates Back | | |
| 469 | Liberty Dollar Marketing Piece – Legal but Not Bankable | | |
| 470 | Liberty Dollar Marketing Piece – Gas and Inflation Stores | | |
| 471 | Liberty Dollar Marketing Piece – Tenth Anniversary Artwork | | |
| 472 | Silver versus US Currency Chart | | |
| 473 | Challenge Coin, Awarded to Retired Air Force Maj. Gen. Joseph G. Lynch | | |
| 474 | Christian Davenport, Military's Prized "Challenge Coins" Become a Copycat Fad Among Agencies, Politicians, Companies, Washington Post, Tuesday, February 22, 2011 | | |
| 475 | Roger Sherman 2004 Obverse | | |
| 476 | Roger Sherman 2004 Reverse | | |
| 477 | Roger Sherman Brochure | | |
| 478 | Roger Sherman Model | | |
| 479 | Murray N. Rothbard, What Has Government Done to Our Money? (Praxeology Press – Ludwig von Mises Institute, Auburn Univ. 1990) | | |
| 480 | Murray N. Rothbard, The Case Against the Fed (Ludwig von Mises Inst., Auburn, Ala. 1994) | | |
| 481 | Murray N. Rothbard, The Case for a 100 Percent Gold Dollar (Ludwig von Mises Inst. 2001)(originally appeared in In Search of a Monetary Constitution 1962). | | |

| 482 | Walker F. Todd, Hopes Betrayed: The Strange Death of Keynesian International Finance, Economic Educational Bulletin, Vol. XXXVIII, No. 9, September 1998 (Am. Inst. For Econ. Research) | | |
|---|---|---|---|
| 483 | Ralph Borsodi, Inflation and the Coming Keynesian Catastrophe: The Story of the Exeter Experiments with Constants (E.F. Schumacher Society and School of Living 1989) | | |
| 484 | George Selgin, Good Money: Birmingham Button Makers, the Royal Mint, and the Beginnings of Modern Coinage, 1775-1821 (The Independent Inst. 2008) | | |
| 485 | Edwin Vieira, Jr., Pieces of Eight: The Monetary Powers and Disabilities of the United States Constitution (Darby Printing, Devin-Adair Publishing, Sound Dollar Committee 1983 | | |
| 486 | Edwin Vieira, Jr., The Federal Reserve System: A Fatal Parasite on the American Body Politic, Monograph No. 4 (National Alliance for Constitutional Money) | | |
| 487 | Edwin Vieira, Jr., Approaching the Crossroads: The American System or the Corporative State? | | |
| 488 | Edwin Vieira, Jr., What Is a "Dollar?:" An Historical Analysis of the Fundamental Question in Monetary Policy, Monograph No. 6 (National Alliance for Constitutional Money) | | |
| 489 | Vieira, Edwin, Jr., Why Does the United States Need Constitutional Money?: Six Questions on Monetary Reform, Monograph No. 5 (National Alliance for Constitutional Money) | | |
| 490 | Vieira, Edwin, Jr., To Regulate the Value of Money: An Analysis of the Power of Government to Create and Set a Value on Money, Monograph 7 (National Alliance for Constitutional Money) | | |
| 491 | Vieira, Edwin, Jr., Pieces of Eight (Sheridan Books, Inc. 2002) | | |
| 492 | Lewis D. Solomon, Rethinking Our Centralized Monetary System: The Case for a System of Local | | |

| | | | |
|---|---|---|---|
| | Currencies (Praeger Publishers 1996) | | |
| 493 | G. Edward Griffin, The Creature from Jekyll Island: A Second Look at the Federal Reserve (American Media 4th ed. 2002) | | |
| 494 | Prospects for a Resumption of the Gold Standard, Proceedings of the E.C. Harwood Memorial Conference, May 13-14, 2004, Economic Education Bulletin (Am. Inst. For Econ. Res.) | | |
| 495 | Lawrence H. White, The Methodology of the Austrial School of Economics (The Ludwig von Mises Institute of Auburn Univ. 1984) | | |
| 496 | Lawrence H. White, Competition and Currency: Essays on Free Banking and Money (N.Y. Univ. Press 1989) | | |
| 497 | Lawrence H. White, Free Banking in Britain: Theory, Experience, and Debate, 1800-1845 (Inst. Econ. Affairs 2d ed. 1995) | | |
| 498 | Ron Paul email to Dane Courney January 8, 2008 | | |
| 499 | Ron Paul, A Republic, If You Can Keep It, An Address to the U.S. House of Representatives Delivered on the Floor of the House January 31-February 2, 2000 | | |
| 500 | Ron Paul, Gold, Peace, and Prosperity: The Birth of a New Currency (The Ludwig von Mises Institute, Auburn, Alabama 2007 | | |
| 501 | Ron Paul and Lewis Lehrman, The Case for Gold (Cato Inst. 1982) | | |
| 502 | Ron Paul, End the Fed (Grand Central Pub. 2009) | | |
| 503 | Richard H. Timberlake, Monetary Policy in the United States: An Intellectual and Institutional History (Univ. of Chicago 1993) | | |
| 504 | Judy Shelton, A Guide to Sound Money (Atlas Economic Research Foundation 2010) | | |
| 505 | Judy Shelton, Money Meltdown: Restoring Order to the Global Currency System (The Free Press 1994) | | |
| 506 | F.A. Hayek, Denationalisation of Money (Inst. Econ. Affairs 3d ed. Hobart Paper Sp. 70 1990) | | |
| 507 | F.A. Hayek, Choice in Currency: A Way to Stop | | |

| | | | |
|---|---|---|---|
| | Inflation (Inst. Econ. Affairs 2009) | | |
| 508 | R. Winn Henderson, Share Your Mission: The Personal Thoughts of Twelve Great Americans with Mission Driven Lives (Hugo's Press 2008) | | |
| 509 | Richard W. Rahn, The End of Money: And the Struggle for Financial Privacy (Discovery Inst. 1999) | | |
| 510 | Andrew D. White, Inflation: Fiat Money in France (Found. Econ. Ed. 1959) | | |
| 511 | Joel Kurtzman, The Death of Money: How the Electronic Economy Has Destabilized the World's Markets and Created Financial Chaos (Little, Brown & Co. 1993) | | |
| 512 | Richard M. Salsman, Gold and Liberty (Econ. Ed. Bulletin, Am. Inst. Econ. Res. Vol. XXXV, No. 4, April 1995) | | |
| 513 | The Gold Standard: Perspectives in the Austrian School (Ludwig von Mises Institute of Auburn Univ. 1992) | | |
| 514 | The Cate Journal: An Interdisciplinary Journal of Public Policy Analysis, Vol. 9, No. 2, Fall 1989 | | |
| 515 | Richard T. Hoober, Financial History of Colonia Virginia, The Numismatist 1953 (reprint) | | |
| 516 | Jack Weatherford, The History of Money (Three Rivers Press 1997) | | |
| 517 | Roger Sherman, A Caveat Against Injustice: An Inquiry into the Evils of a Fluctuating Medium of Exchange (Spencer Judd 1982) | | |
| 518 | Frederic Bastiat, The Law (Foundation Econ. Educ., Irvington-on-Hudson 1996) | | |
| 519 | Kevin Dowd, Private Money: The Path to Monetary Stability (Inst. Econ. Affairs Hobart Paper 112, 2nd ed. 1996) | | |
| 520 | Edmund S. Morgan, The Birth of the Republic, 1763-89 (Univ. Chicago Press 3d ed. 1992) | | |
| 521 | Sarah Palin Silver "In God We Trust" Medallion | | |
| 522 | Sarah Palin Tea Party Copper Medallion | | |
| 523 | Rand Paul Copper Learn to Bartter Medallion | | |
| 524 | Modern Money Mechanics: A Workbook on Bank | | |

| | | | |
|---|---|---|---|
| | Reserves and Deposit Expansion (Federal Reserve Bank of Chicago 1992) | | |
| 525 | Norman Stack, United State Coins: An Illustrated History of the Federal Coinage (Stack's 1986) | | |
| 526 | Copy-Coins Fakes & Similes | | |
| 527 | Pratt Chart of Silver and FRN Values | | |
| 528 | Shilling Dollar | | |
| 529 | Dixie Dollar Obverse | | |
| 530 | Dixie Dollar Reverse | | |
| 531 | Mary Nothhouse Claim to 16,000 ounces of silver | | |
| 532 | Audit of Liberty Dollar Warehouse Receipts as of February 28, 2007, by Anderson Brothers CPA | | |
| 533 | NotHaus Letter February 2007 Concerning Audit | | |
| 534 | NotHaus Letter Concerning Audits | | |
| 535 | Digital Warehouse Receipt Binder | | |
| 536 | Ron Paul Sponsored House Bill 4683, Introduced on December 13, 2007 | | |
| 537 | Ron Paul Speech on the Floor of the House, February 13, 2008 | | |
| 538 | Debt Balloon | | |
| 539 | Debt Balloons at Rally | | |
| 540 | Silver Summit photo | | |
| 541 | Bruce Champ, Private Money in Our Past, Present, and Future, Economic Commentary, Federal Reserve Bank of Cleveland, January 1, 2007, www.clevelandfed.org/research/commentary/2007/010107.cfm | | |
| 542 | Moy Letter to Senator Nelson, November 28, 2006 | | |
| 543 | Merchandise 5 cent piece | | |
| 544 | Anamosa 25 cent piece | | |
| 545 | Arizona Tax Commission token | | |
| 546 | French Statute of Liberty specimen | | |
| 547 | Howard Johnson token | | |
| 548 | Howard Johnson token | | |
| 549 | Iowa Prison token | | |
| 550 | Michigan Reformatory token | | |
| 551 | Missouri Sales Tax token | | |
| 552 | Maui Trade Dollar obverse | | |
| 553 | Maui Trade Dollar reverse | | |

| 554 | Harrison letter to Shaver September 27, 2006 | | |
|-----|----------------------------------------------|---|---|
| 555 | Clinton Commemorative Coin | | |
| 556 | 2007 Civil Complaint Seeking Declaratory Judgment | | |
| 557 | Rostcheck Paper | | |
| 558 | Section 485, Title 18, USC | | |
| 559 | Section 486, Title 18, USC | | |
| 560 | Section 5112, Title 31, USC | | |
| 561 | Summary of Dimensions and Weight | | |
| 562 | Summary of Markings | | |
| | | | |

This the 7th day of March, 2011.

/s Aaron E. Michel
Aaron E. Michel, Attorney at Law
Counsel for Mr. von NotHaus
Phone: 704-451-8351
Email: mail@aaronmichel.com
3736 Surry Ridge Court
Charlotte, NC 28210

/s Randolph Marshall Lee
Randolph Marshall Lee, Attorney at Law
Counsel for Mr. von NotHaus
Phone: 704-841-2222
Email: RandolphLeeLaw@gmail.com
PO Box 77005
Charlotte, NC 28271

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 7th day of March, 2011, by means of the Electronic Filing System for the Western District of North Carolina, upon the following parties:

For the Government:

**Jill Westmoreland Rose**
Assistant U.S. Attorney
100 Otis Street, Room 233
Asheville, NC 28801
828-271-4661
Fax: 828-271-4670
Email: jill.rose@usdoj.gov

**Craig D. Randall**
Assistant U.S. Attorney
227 W. Trade St., Suite 1700
Charlotte, NC 28202
704-344-6222
Fax: 704-344-6629
Email: craig.randall@usdoj.gov

**Thomas R Ascik**
Assistant U.S. Attorney
100 Otis Street, Room 233
Asheville, NC 28801
828-259-0644
Email: thomas.ascik@usdoj.gov

**Benjamin Bain-Creed**
Assistant U.S. Attorney
100 Otis Street, Room 233
Asheville, NC 28801
828-271-4661
Fax: 828-271-4670
Email: Benjamin.bain-creed@usdoj.gov

For William Kevin Innes:

**Claire J. Rauscher**
Federal Defenders of Western North Carolina
129 W. Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720
Fax: 704-374-0722
Email: Claire_Rauscher@fd.org

**Erin Kimberly Taylor**
Federal Defenders of Western North Carolina
129 W. Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720
Fax: 704-374-0722
Email: Erin_Taylor@fd.org

For Sarah Jane Bledsoe:

**Joe Von Kallist**
6743-A Fairview Road
Charlotte, NC 28210
704-366-9008
Fax: 704-365-2109
Email: joevonkallist@yahoo.com

For Rachelle L. Moseley:

**Matthew G. Pruden**
301 E. Park Avenue
Charlotte, NC 28203
704-338-1220
Fax: 704-338-1312
Email: mpruden@tinfulton.com

This the 7th day of March, 2011.


/s Aaron E. Michel
Aaron E. Michel, Attorney at Law