UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:08CR55-RLV |
| --- | --- | --- |
| | ) | |
| | ) | GOVERNMENT'S EXHIBIT LIST |
| v. | ) | |
| | ) | |
| | ) | |
| 1) BERNARD VON NOTHAUS | ) | |
| _____ | ) | |

| EXH.# | Description | Witness | Admitted |
| --- | --- | --- | --- |
| 1 | Liberty Dollars sent to FBI Lab for analysis | | |
| 1-A | Liberty Dollars sent to FBI Lab for analysis | | |
| 2 | Intelligence Report Magazine // Spring 1999 | | |
| 3 | Magazine: "Reason" // LD Advertisement | | |
| 4 | Summary of UC Recordings | | |
| 5 | 2 LD Coins ($5 and $10) purchased by AFR | | |
| 6 | | | |
| 7 | SW and Returns Green Oak Road, Asheville | | |
| 8 | Seizure Warrant Green Oak Road, Asheville | | |
| 9 | Liberty Dollar Website print out (8.31.09) | | |
| 10 | Civil Filing by BVN 3:07 CV 038 / Cert. Copy | | |
| 11 | Kevin Innes Photo | | |
| 12 | UC recording (10/20/05: LDU7, Day 1) | | |
| 12-A | Transcript of UC Recording 10.20.05 | | |
| 12-B | Transcript of UC Recording 10.20.05 | | |
| 12-C | Transcript of UC Recording 10.20.05 | | |
| 12-D | Transcript of UC Recording 10.20.05 | | |
| 12-E | Transcript of UC Recording 10.20.05 | | |

| | | | |
|---|---|---|---|
| 12-F | Transcript of UC Recording 10.20.05 | | |
| 12-G | Transcript of UC Recording 10.20.05 | | |
| 12-H | Transcript of UC Recording 10.20.05 | | |
| 13 | UC recording (10/21/05: LDU7, Day 2) | | |
| 13-A | Transcript of UC Recording 10.21.05 | | |
| 13-B | Transcript of UC Recording 10.21.05 | | |
| 13-C | Transcript of UC Recording 10.21.05 | | |
| 13-D | Transcript of UC Recording 10.21.05 | | |
| 13-E | Transcript of UC Recording 10.21.05 | | |
| 13-F | Transcript of UC Recording 10.21.05 | | |
| 14 | UC recording (10/25/06: LDU11 Social Event) | | |
| 14-A | Transcript of UC Recording 10.25.06 | | |
| 14-B | Transcript of UC Recording 10.25.06 | | |
| 15 | UC recording (10/26/06: LDU11, Day 1) | | |
| 15-A | Transcript Recording LDU (10/26/06) | | |
| 16 | UC recording (3/28/07) | | |
| 16-A | Transcript of recording (3/28/07) | | |
| 16-C | Transcript of recording (3/28/07) | | |
| 17 | Welcome Letter to LDU7 (dated 10.19.05) | | |
| 18 | Syllabus LDU7 | | |
| 19 | Salesmanship 101 from LDU7 packet | | |
| 20 | How to Approach a Business from LDU7 packet | | |
| 21 | New RCO strategy LDU7 | | |
| 22 | | | |
| 23 | Employee's Guide LDU7 | | |
| 24 | RCO and Assoc. Rate Formulas LDU7 | | |
| 25 | LD Associate Welcome Packet | | |

| | | | |
|---|---|---|---|
| 25-A | LD Solutions Book (from Welcome Packet) | | |
| 25-B | VHS (from Welcome Packet) | | |
| 25-B1 | Video clip (VHS) Explanation of the Liberty Dollar | | |
| 25-C | DVD1-Dollar DVD (from Welcome Packet) | | |
| 25-C1 | Video clip from DVD1-Dollar DVD | | |
| 25-D | DVD2 (from Welcome Packet) | | |
| 25-E | "The Liberty Dollar" Brochure (from Welcome Packet) | | |
| 25- F | Second Brochure (from Welcome Packet) | | |
| 25-G | Envelope with Misc Papers (from Welcome Packet) | | |
| 25-H | Single Page With Instructions on Drop (from Welcome Packet) | | |
| 26 | Four $10 ALD coin received in LD Welcome Packet | | |
| 27 | Paper Money (from Welcome Packet) | | |
| 28 | | | |
| 29 | Demonstrative Chart: Liberty Dollar Org. | | |
| 29a | Demonstrative Chart: Demonstrative Chart: Profits | | |
| 30 | Liberty Dollar News 10/05 | | |
| 31 | Liberty Dollar News 11/05 | | |
| 32 | Email 11.8.05 | | |
| 33 | Email 11.18.05 | | |
| 34 | Liberty Dollar News 12/05 | | |
| 35 | Eight $20 ALD received 12.21.05 (purchase from Innes) | | |
| 36 | Thirteen $20 LD, eight $10 LD purchased by Walsh 8.8.06 | | |

| 37 | LDU11 Welcome Letter 10.25.06 | | |
|---|---|---|---|
| 38 | LDU11 Six Tools | | |
| 39 | US Mint T-Shirt (Purchased at LDU11) | | |
| 40 | Email 11.08.06 (Innes to Walsh) | | |
| 41 | Liberty Dollar News 11/06 | | |
| 42 | Email 10.18.06 | | |
| 43 | Liberty Dollar News 12/06 | | |
| 44 | LD Color tri-fold Brochure (rec'd 3/07)- meeting at Grey Eagle | | |
| 45 | Coin from Belsito | | |
| 46 | Shaver CV | | |
| 47 | Mint Letter to BVN | | |
| 48 | Mail Receipt / US Mint | | |
| 49 | Washington Post article 10.10.06 | | |
| 50 | LD's purchased from Innes by Mueller (3.28.07) 5 $20 and 9 $10 | | |
| 51 | Coins purchased from Innes, LDU #11 | | |
| 52 | | | |
| 53 | Smith CV | | |
| 54 | Lab Report // Smith | | |
| 55 | Search Warrant w/ returns Evansville, Indiana | | |
| 56 | Seizure Warrant w/ returns Evansville, Indiana | | |
| 57 | Log of Items seized at Liberty Dollar HQ | | |
| 58 | BVN Business Card // seized at LD HQ search | | |
| 59 | Yellow Brochure seized at LD HQ Search (Item # 10 Miscellaneous Paperwork) | | |
| 60 | Norfed Profit Statement / LD HQ Search | | |
| 61 | Kevin Innes RCO contract / LD HQ Search | | |

| | | | |
|---|---|---|---|
| 62 | Invoice Innes 10/06 / LD HQ Search | | |
| 63 | Invoice Innes 12/06 | | |
| 64 | Invoice Innes 1/07 | | |
| 65 | Miscellaneous coins seized at Liberty Dollars Headquarters, Evansville, Indiana | | |
| 66 | Coins seized from Innes 6.10.09 | | |
| 66-A | Coins seized from Innes 6.10.09 | | |
| 67 | State Dies information folder // LD HQ Search | | |
| 68 | Yellow Brochure: "Ask for your change in silver"        Evansville | | |
| 69 | Search Warrant Sunshine Mint, Idaho | | |
| 70 | Seizure Warrant w/ returns Sunshine Mint | | |
| 71 | Log of Items seized at Sunshine Mint search | | |
| 72 | Photos from Search at SS Mint | | |
| 73 | Mfg. Agreement | | |
| 74 | Email 6.25.07 | | |
| 75 | Acct. Receiving Report | | |
| 76 | Silliman CV | | |
| 77 | Silliman Report | | |
| 78 | Silliman demonstrative | | |
| 79 | Sample Liberty Dollar currency provided by FBI to Silliman | | |
| | | | |
| | | | |
| | | | |

**Certificate of Service**

I certify this date that I have served a copy of the attached document to Defendant Bernard Von Nothaus, through counsel, Aaron E. Michel, mail@aaronmichel.com, via ECF filing.

This the 7th day of March, 2011.

/s Jill Westmoreland Rose