

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

United States of America, Plaintiff )
)
)
vs. ) Case No. 5:09CR27-1-V
)
)
Bernard von NotHaus )

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, _____ MARK FOSTER _____, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B I am moving for the pro hac vice admission the following attorney:

**FULL NAME:** Ronald A. Van Wert

**BUSINESS ADDRESS (include firm name):** Etter, McMahon, Lamberson, Clary & Oreskovich
618 W. Riverside Ave., Suite 210

**CITY:** Spokane **STATE:** WA **ZIP:** 99201

**OFFICE TELEPHONE:** ( 509 ) 747-9100 **FAX NUMBER:** ( 509 ) 623-1439

**E-MAIL ADDRESS** *(required)*:

rvw@ettermcmahon.com; jody@ettermcmahon.com

This attorney will be representing:

Subpoenaed witness, Tom Power

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of either the United States Court in:
  <u>Idaho, Washington, and Arizona</u>, and/or
  the highest court of the State of
  <u>Idaho, Washington, and Arizona</u>, and/or
  the District of Columbia Bar.
- The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.
- The proposed admittee has established or will upon his/her *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of N.C.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- **The $250.00 fee for admission** *pro hac vice* **is being submitted with the filing of this motion.**

Respectfully submitted,

---

**Signature:**

s/ Mark P. Foster, Jr.

**Printed Name**

Rawls, Scheer, Foster & Mingo, PLLC

**Firm**

1011 E. Morehead Street, Suite 300

**Street Address**

Charlotte, NC 28204

**City, State, Zip**

704-376-3200

**Telephone Number**

704-332-2716

**Fax Number**

mfoster@rsfmlaw.com

**E-Mail Address**