**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:09CR27-V**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | *Pro Hac Vice* Admission |
| **BERNARD VON NOTHAUS, et al.,** | ) | |
| **Defendants.** | ) | |
| | ) | |

      **THIS MATTER** is before the Court upon motion of local counsel for the *pro hac* admission of Ronald A. Van Wert (Document #175), for purposes of appearing on behalf of third-party, Tom Power (prospective defense witness). Pursuant to Local Civil Rule 83.1(B), it appears to this Court that Mr. Van Wert satisfies the requisite *pro hac vice* admission criteria.

      **IT IS THEREFORE ORDERED** that the motion is **GRANTED** and that Attorney Ronald A. Van Wert is hereby admitted to practice before this Court *pro hac vice* in the above-captioned action.

Signed: March 9, 2011

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge