IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:09CR27

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **GOVERNMENT'S EXHIBIT LIST** |
| 1) BERNARD VON NOTHAUS, | ) | |
| Defendant. | ) | |

| Exhibit # | Description | Id'd | Rec'd |
| --- | --- | --- | --- |
| F-1 | Integra Bank Account # 7801142980 Opening Documents | | |
| F-2 | Opening Statement (11-30-06) from Account # 7801142980 | | |
| F-3a | Monthly Statement (12-31-06) from Account # 7801142980 | | |
| F-3b | Monthly Statement (1-31-07) from Account # 7801142980 | | |
| F-3c | Monthly Statement (2-28-07) from Account # 7801142980 | | |
| F-3d | Monthly Statement (3-31-07) from Account # 7801142980 | | |
| F-3e | Monthly Statement (4-30-07) from Account # 7801142980 | | |
| F-3f | Monthly Statement (5-31-07) from Account # 7801142980 | | |
| F-3g | Monthly Statement (6-30-07) from Account # 7801142980 | | |
| F-3h | Monthly Statement (7-31-07) from Account # 7801142980 | | |
| F-3i | Monthly Statement (8-31-07) from Account # 7801142980 | | |
| F-4 | Outgoing Checks from Account # 7801142980 | | |
| F-5 | Outgoing Checks from Account # 7801142980 | | |
| F-6 | Outgoing Checks from Account # 7801142980 | | |
| F-7 | Outgoing Checks from Account # 7801142980 | | |

| F-8 | Outgoing Checks from Account # 7801142980 | | |
| --- | --- | --- | --- |
| F-9 | Outgoing Checks from Account # 7801142980 | | |
| F-10 | Outgoing Checks from Account # 7801142980 | | |
| F-11 | Outgoing Checks from Account # 7801142980 | | |
| F-12 | Outgoing Checks from Account # 7801142980 | | |
| F-13 | Outgoing Checks from Account # 7801142980 | | |
| F-14 | Outgoing Checks from Account # 7801142980 | | |
| F-15 | Outgoing Checks from Account # 7801142980 | | |
| F-16 | Outgoing Checks from Account # 7801142980 | | |
| F-17 | Outgoing Checks from Account # 7801142980 | | |
| F-18 | Outgoing Checks from Account # 7801142980 | | |
| F-19 | Outgoing Checks from Account # 7801142980 | | |
| F-20 | Outgoing Checks from Account # 7801142980 | | |
| F-21 | Outgoing Checks from Account # 7801142980 | | |
| F-23 | Outgoing Checks from Account # 7801142980 | | |
| F-24 | UC Recording (3-24-07) | | |
| F-25 | UC Recording (10-20-05) | | |
| F-26 | Search Warrant (11-9-07) Green Oak Rd., Asheville | | |
| F-27 | Seizure Warrant (11-9-07) Green Oak Rd., Asheville | | |
| F-28 | Seizure Warrant (11-9-07) N Stockwell Rd., Evansville | | |
| F-29 | Seizure Warrant (11-29-07) W Canfield Ave., Coeur d'Alene | | |
| F-30 | Seizure Warrant (11-9-07) Integra Bank 7801142980 | | |
| F-31 | Seizure Warrant (11-15-07) W Canfield Ave., Coeur d'Alene | | |
| 12c | UC Recording (10-20-05) | | |
| 29 | Demonstrative Chart: NORFED/Liberty Dollar Organization | | |
| 29a | Demonstrative Chart: Profits | | |

| 57 | Log of items seized at Liberty Dollar HQ | | |
| 71 | Log of items seized at Sunshine Minting, Inc. | | |
| 72 | Photos from search at Sunshine Minting, Inc. | | |
| 73 | Manufacturing and Warehouse Agreement | | |
| 74 | E-mail (6-25-07) | | |
| 75 | Account Receiving Report | | |

The government reserves the right to introduce exhibits other than those listed herein

Respectfully submitted this the 16th day of March, 2011.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

_____
s/ THOMAS R. ASCIK
ASSISTANT UNITED STATES ATTORNEY
North Carolina Bar No. 17116
100 Otis Street
Asheville, NC 28801
828-259-0644
828-271-4122 (fax)
thomas.ascik@usdoj.gov

3

CERTIFICATE OF SERVICE

I hereby certify that the Government's Exhibit List was duly served upon defense counsel via ECF at the following address:

mail@aaronmichel.com
Randolph@LeeLaw.biz

This the 16th day of March, 2011.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

_____
s/ THOMAS R. ASCIK
ASSISTANT UNITED STATES ATTORNEY
North Carolina Bar No. 17116
100 Otis Street
Asheville, NC 28801
828-259-0644
828-271-4122 (fax)
thomas.ascik@usdoj.gov