UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:09CR27-1

UNITED STATES OF AMERICA
v.
BERNARD VON NOTHAUS

Objections to Proposed Jury Instructions.

The defendant Bernard von NotHaus through counsel make the following objections to the proposed jury instructions.

1. POWER TO MINT COINTS – page 54. The proposed instruction inserts a word into the Constitution that creates a government of unlimited power, inconsistent with the literal language and spiritual intent of the Constitution. We propose either the removal of the word, "exclusively," or removal of this instruction or an substitution of a reading of the specific Constitutional provision without addition or subtraction. See, NotHaus Motion to Dismiss and Supplement; UNITED STATES v. BOGART, 24 F.Cas. 1185, 9 Ben. 314, 24 Int.Rev.Rec. 46, No. 14,61 7 (D.C.N.Y. 18 78).
2. COIN – page 57. The proposed instruction does not include a summary of the definition of coin found in 31 USC 5112, the definition we can say with certainty Congress was at some point in time familiar with and which reflects Congress' understanding of the term. The parties should be allowed to argue this statutory definition to the jury.

This the 17th day of March,, 2011.

/s Aaron E. Michel
Aaron E. Michel, Attorney at Law
Counsel for Mr. von NotHaus
Phone: 704-451-8351
Email: mail@aaronmichel.com
3736 Surry Ridge Court
Charlotte, NC 28210

/s Randolph Marshall Lee
Randolph Marshall Lee, Attorney at Law
Counsel for Mr. von NotHaus
Phone: 704-841-2222

Email: RandolphLeeLaw@gmail.com
PO Box 77005
Charlotte, NC 28271

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this ? day of ?, 2010, by means of the Electronic Filing System for the Western District of North Carolina, upon the following parties:

For the Government:

**Jill Westmoreland Rose**
Assistant U.S. Attorney
100 Otis Street, Room 233
Asheville, NC 28801
828-271-4661
Fax: 828-271-4670
Email: jill.rose@usdoj.gov

**Craig D. Randall**
Assistant U.S. Attorney
227 W. Trade St., Suite 1700
Charlotte, NC 28202
704-344-6222
Fax: 704-344-6629
Email: craig.randall@usdoj.gov

**Thomas R Ascik**
Assistant U.S. Attorney
100 Otis Street, Room 233
Asheville, NC 28801
828-259-0644
Email: thomas.ascik@usdoj.gov

**Benjamin Bain-Creed**
Assistant U.S. Attorney
100 Otis Street, Room 233
Asheville, NC 28801
828-271-4661
Fax: 828-271-4670
Email: Benjamin.bain-creed@usdoj.gov

For William Kevin Innes:

**Claire J. Rauscher**
Federal Defenders of Western North Carolina
129 W. Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720
Fax: 704-374-0722
Email: Claire_Rauscher@fd.org

**Erin Kimberly Taylor**
Federal Defenders of Western North Carolina
129 W. Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720
Fax: 704-374-0722
Email: Erin_Taylor@fd.org

For Sarah Jane Bledsoe:

**Joe Von Kallist**
6743-A Fairview Road
Charlotte, NC 28210
704-366-9008
Fax: 704-365-2109
Email: joevonkallist@yahoo.com

For Rachelle L. Moseley:

**Matthew G. Pruden**
301 E. Park Avenue
Charlotte, NC 28203
704-338-1220
Fax: 704-338-1312
Email: mpruden@tinfulton.com

    This the ? day of ?, 2010.

                                  /s Aaron E. Michel
                                  Aaron E. Michel, Attorney at Law