MEMORANDUM FOR DAWN R. HALEY, CHIEF
                        OFFICE OF EXTERNAL RELATIONS

THRU:                Claudia W. Dickens, Acting Manager
                        External Affairs Division

FROM:                Lydia Washington

SUBJECT:            Weekly Report:  January 27 – 31, 2003

# EXTERNAL RELATIONS

## UPCOMING MEDIA EVENTS

- Nothing to report.

## MEDIA EVENTS

- A reporter from Moscow Times interviewed you concerning NexGen currency.

- A reporter from the Newton Citizen (Georgia) called to ask for pictures of the NexGen $20.  He was advised that there has been no release of those pictures yet.

- A reporter with Bloomberg News called to ask for the amount of currency in circulation.  He was given the figures for each denomination as of November 29, 2002 (the latest report we have from Financial Management Service).

- Another reporter from Bloomberg News called to ask when currency notes with Secretary of Treasury John Snow's signature could expect to be in circulation. He was advised that it would be a minimum of three to four months.

- A researcher with a Fort Worth radio station called with questions about the legality of the Liberty Dollar.  He was advised that these dollars are privately printed and are not obligations of the United States.

- A researcher from the television series "CSI-Miami" called with questions about counterfeiting.  He was referred to the United States Secret Service.

## CONGRESSIONALS

- A representative from Congressman Bill Schuster's (R-PA) Office called to ask what BEP Form 02-04 was printed for. After thorough research he was advised that we could find no record of BEP Form 02-04.

## INTERNAL COMMUNICATIONS

- Staff prepared and distributed two Internal Communications memorandums during this reporting period. The first memorandum contained information regarding an A-76 update, clarification of the administrative leave granted on Christmas Eve Day, long term care insurance applications, the Public Transportation Incentive program and free diabetes screening. The second memorandum covered topics involving the confirmation of Treasury's new Secretary, the Director's Town Hall meeting, evacuation instructions, extended customer services hours in the Office of Human Resources, disposal of excess property and information regarding BEP's new Uniform contract and subsequent employee measurements.

## BEP COMMUNICATOR

- Staff is preparing articles for the February issue of the Communicator.

## INTERNET/INTRANET

- Staff responded to 123 website inquiries.

## AUDIO VISUAL

- Staff completed the filming and editing of a currency manufacturing video for the Office of Technology. In the future this video will be available for use by the entire BEP.

## BNN

- No report.

# PUBLIC SERVICE DIVISION

## TOUR

- Week of January 27 – 31:

| | |
|---|---|
| 8:15 VIP Tour: | 31 |
| 8:45 VIP Tour: | 19 |
| Public Tour Count: | 2,637 |

- Staff scheduled and conducted a floor tour for a Nigerian Delegation of nine who were in town visiting the International Law Institute.

- On Friday, January 31, 2002, 15 busloads of safety patrol students arrived without reservations; however, the Tour staff was able to accommodate them without any major problems.  The tour total for January 31, 2002 was 1,278.

## FORT WORTH TOUR AND VISITOR CENTER

- No report.

## NEW CURRENCY/PUBLIC EDUCATION CAMPAIGN

- No report.

## MISCELLANEOUS (DEA, PSD AND MD)

- Staff responded to approximately 550 telephone inquiries, 80 general correspondence inquiries, 25 e-mail inquiries and mailed 30 general information packets.

- Staff continues to work on the Town Hall meeting scheduled for February 12, 2003.

## HISTORICAL RESOURCE CENTER

- Staff responded to three external and three internal requests for assistance during this reporting period.

- Staff acquired two new drawers of articles from the specimen vault.

# MARKETING DIVISION

## PUBLIC SALES

- Weekly sales totaled $176,492, an increase of 14% compared to FY 2002 ($155,156).  Year to date sales totaled $4,108,772 an increase of 73% compared to FY 2002 ($2,380,897).

- Staff resolved 17 customer inquiries.

- Staff responded to 84 Internet inquiries.

## EXHIBITS AND SHOWS

- No report.

-end of report-

MEMORANDUM FOR DAWN R. HALEY, CHIEF
                    OFFICE OF EXTERNAL RELATIONS

THRU:               Claudia W. Dickens, Acting Manager
                    Division of External Affairs

FROM:               Lydia Washington

SUBJECT:            Weekly Report:  February 3 – 7, 2003


# EXTERNAL RELATIONS


## UPCOMING MEDIA EVENTS

- The London Bureau of the Economist has asked to interview BEP Director Thomas Ferguson concerning NexGen currency.  Approval of this request has not yet been given.


## MEDIA EVENTS

- A reporter with the Fort Worth (TX) Star Telegram telephoned to inquire about the release of the Department of the Treasury's budget and what impact it would have on the Bureau's Fort Worth facility.  She was advised that the Bureau's operations are financed by means of a revolving fund.  Further, she was told that the fund is reimbursed through product sales for direct and indirect costs of operations, including administrative expenses.

- A writer from City Paper (Washington, DC) called with questions about when and why BEP designed currency notes for the African nation of Eritrea  He was advised that former BEP Director Peter Daly approved the request from Eritrea and authorized former BEP Designer Clarence Holbert to design the currency for that nation.  The reporter was further advised that both gentlemen are retired.

- A researcher from CBS News (Washington, DC Bureau) called to ask about the legality of Liberty Dollars.  She was advised that the notes are privately printed. Further, she was told that businesses could accept them at their own discretion.

- A request from Government Enterprise to publish an article based on a survey completed by an Office of Information Systems' manager was denied as the article gave the appearance of endorsing a software product.

- A reporter from the Evening Leader (St. Mary's, OH) called with general questions about U.S. currency.

- A researcher from the Public Affairs Office of Secretary of Defense Rumsfeld called to ask if the Department of Defense (DOD) prepared ink for use on U.S. paper currency. She was advised that the BEP does not receive security ink from DOD.

## CONGRESSIONALS

- On February 4, 2003, the Office of Congressman Jeff Miller (R-FL) called for tour brochures. The brochures identified were no longer issued by the BEP. The tour office faxed an information sheet to the Congressman's office per their agreement.

## INTERNAL COMMUNICATIONS

- Nothing to report.

## BEP COMMUNICATOR

- Staff is now collecting articles for the February/March issue of the Communicator.

## INTERNET/INTRANET

- Staff responded to 69 website inquiries.

## AUDIO VISUAL

- No report.

## BNN

- No report.

# PUBLIC SERVICE DIVISION

## TOUR

- Week of February 3 – 7:

| | |
|---|---|
| 8:15 VIP Tour: | 45 |
| 8:45 VIP Tour: | 7 |
| Public Tour Count: | 2,009 |

- On Wednesday, February 5, 2003, 250 guests from the Banknote 2003 Conference took the gallery tour. In the Conferencing Arena, David T. Curtis, a Production Specialist from the Office of Engraving, gave the guests a special presentation regarding NexGen's currency inspection system. The Banknote conference guests were also shown engraving presentations and mutilated currency exhibits.

## FORT WORTH TOUR AND VISITOR CENTER

- Staff met with the Department of Agriculture to discuss confirmed and pending architectural/engineering changes.

- Staff decided that Design Progress meetings will take place every Tuesday, beginning February 11, 2003, at Quatrefoil Associates in Laurel, Maryland, until the 100% design development presentation is made on April 29, 2003.

## NEW CURRENCY/PUBLIC EDUCATION CAMPAIGN

- The vending, transit, and financial industry update letters are scheduled to be released this month.

- Website development for the redesigned currency campaign is currently underway.

- Staff reviewed the creative components for the redesigned currency's website.

- Staff coordinated production and development of B-roll for use in the public education campaign.

- Staff is working with the State Department to provide information to American embassies around the world about redesigned currency.

- The unveiling of the NexGen $20 note is scheduled for Thursday, March 27, 2003, at 10:00 a.m. in BEP's Conferencing Arena.

## MISCELLANEOUS (DEA, PSD AND MD)

- Staff responded to approximately 600 telephone inquiries, 90 general correspondence inquiries, 26 e-mail inquiries and mailed 34 general information packets.

- Staff is finalizing details for the Town Hall meeting which is scheduled for February 12, 2003.

## HISTORICAL RESOURCE CENTER

- Staff responded to two internal research requests.

- Staff began cataloging new items received from the specimen vault.

# MARKETING DIVISION

## PUBLIC SALES

- Weekly sales totaled $61,794, a decrease of 79% compared to FY 2002 ($289,746).  Year to date sales totaled $4,170,566 an increase of 56% compared to FY 2002 ($2,670,643).

- Staff resolved 26 customer inquiries.

- Staff responded to 66 Internet inquiries.

## EXHIBITS AND SHOWS

- No report.

-end of report-

MEMORANDUM FOR DAWN R. HALEY, CHIEF
OFFICE OF EXTERNAL RELATIONS

THRU:            Claudia W. Dickens, Acting Manager
                 Division of External Affairs

FROM:            Lydia Washington

SUBJECT:         Weekly Report:  March 24 – 28, 2003


# EXTERNAL RELATIONS


## UPCOMING MEDIA EVENTS

- Nothing to report.

## MEDIA EVENTS

- A reporter from the University Journal (Utah) called to ask what color(s) would be on the $20 NexGen currency note.

- A reporter from The Washington (DC) Times called to ask about the validity of Liberty Dollars.  He was advised that the U.S. government does not issue these notes but that if merchants were willing to accept them in payment of goods/services they were not illegal to print.

- A researcher from CNN Money called to ask for a copy of the June 20, 2002 Press Release about NexGen Currency.  A copy was e-mailed to him.

- A reporter from KRDO-TV (ABC Affiliate in Denver, CO) called to ask if there was someone in the Denver area they could interview about the features in NexGen currency.  She was advised that the notes have not been introduced yet.

- A reporter from the Daily News (Greenville, MI) called to ask about the color(s) of the NexGen $20 note. Their paper was conducting a poll and they wanted to compare results of their poll against what the new design would look like.  She was advised that the NexGen note has not yet been introduced.

- A researcher from Government Computer News was following up from an earlier request for information about any software connected to the NexGen currency notes.  She was advised that because the NexGen $20 had not yet been introduced no such interview could be entertained or granted.

- A reporter from the television program, "Business for Breakfast," called to ask when the $20 NexGen currency note would be issued. He was advised that they would be put into circulation later this year.

- A reporter from the Star Tribune (Minneapolis, MN) called to ask when and why the Treasury discontinued the higher denomination currency notes. She was told that they were last printed in 1945 and in 1969 the Federal Reserve announced that the notes would be withdrawn from circulation as they came in through regular banking channels. The demand for the higher denomination notes had greatly decreased and that was the main reason they were discontinued.

- A reporter from KTVU in San Francisco called to ask if the Unveiling Ceremony for the $20 NexGen currency note had been cancelled. She was advised that it had been postponed.

- A writer with PBS National Series called to ask how to order presidential vignettes. She was given the telephone number for Mail Order Sales.

- A reporter from the ABC affiliate in Orlando, Florida called to ask the new date for the Unveiling Ceremony for the $20 NexGen currency note. He was advised that a new date for the unveiling has not been established.

- A researcher from TV 13 in LeHigh, PA called to ask about the portraits appearing on coins; specifically, he wanted to know if Dr. Martin Luther King, Jr. would appear on the $1 coin. He was referred to the U.S. Mint.

- Information about the link on BEP's website for NexGen currency was passed on to Coin World, Bank Note Reporter and Coin Age Magazine.


## CONGRESSIONALS

- A staff person from Sen. Olympia Snow's (R-ME) office called to ask for information about a coupon that had been detached from a bond. She was referred to the Bureau of the Public Debt.

## INTERNAL COMMUNICATIONS

- Staff is researching "What's On Your Mind" newsletter inquiries.


## BEP COMMUNICATOR

- Staff has completed the layout of the April edition of the newsletter.

## INTERNET/INTRANET

- Staff answered 51 website inquiries.

## AUDIO VISUAL

- No report.

## BNN

- No report.

# PUBLIC SERVICE DIVISION

## TOUR

- Week of March 24 – 28:

| | |
|---|---|
| 8:15 VIP Tour: | 80 |
| 8:45 VIP Tour: | 123 |
| Public Tour Count: | 0 |

## FORT WORTH TOUR AND VISITORS' CENTER

- Quatrefoil Associates received the BEP's corrections to the 50% Script Draft.

## NEW CURRENCY/PUBLIC EDUCATION CAMPAIGN

- The postcards, Press Kit Folders, and letterhead for the Public Education Information Outreach campaign have been printed by the Government Printing Office (GPO) and delivered to Direct Impact for distribution.

- Staff discussed exhibit development with Burson-Marsteller on March 28, 2003. This exhibit will be used to display materials used by BEP spokes personnel.

- Staff is continuing NexGen currency launch event plans and program logistics (program timeline, invitation e-mail reminders, display props, and role designation).

## MISCELLANEOUS (DEA, PSD AND MD)

- Staff responded to approximately 550 telephone inquiries, 90 general correspondence inquiries,35 e-mail inquiries and mailed 40 general information packets.

## HISTORICAL RESOURCE CENTER

- Staff responded to 2 internal research requests.

# MARKETING DIVISION

## PUBLIC SALES

- Weekly sales totaled $76,173, an increase of 9% compared to FY 2002 ($70,048).  Year to date sales totaled $4,554,567, an increase of 16% compared to FY 2002 ($3,913,163).

- Staff resolved 19 customer inquiries.

- Staff responded to 12 Internet inquiries.

## EXHIBITS AND SHOWS

- No report.

-end of report-

MEMORANDUM FOR DAWN R. HALEY, CHIEF
                           OFFICE OF EXTERNAL RELATIONS

THRU:              Claudia W. Dickens, Manager
                   External Affairs Division

FROM:              Lydia Washington

SUBJECT:           Weekly Report:  March 8 – 12, 2004


# EXTERNAL RELATIONS


## UPCOMING MEDIA EVENTS

- Nothing to report.


## MEDIA EVENTS

- March 9, 2004:  Ariel Hart, a reporter with the New York Times, called to ask if the Treasury Department had printed a one-million dollar currency note.  She mentioned that a lady had tried to use such a note recently at a store.  The reporter was told that the Treasury/BEP had not printed such a note.  The high denomination notes were identified to her and she was informed that although they were issued until 1969, they were last printed in 1945.

- March 10, 2004:  Burson-Marsteller interviewed/filmed Director Ferguson to prepare B-Roll/Video News Release footage which will be used for the upcoming unveiling of the redesigned $50 note.

- A reporter with the Des Moines Register called with some follow-up questions concerning the "Liberty Dollar."  As in the past it was explained that if a private concern wants to print currency that they do not present as legal tender and if merchants want to accept it in payment of goods and services it is not considered illegal.  Reference was made to similar currencies such as "Disney Dollars" and "Dollar Coupons" as examples.

- A reporter from the Observer News in Washington, Pennsylvania wanted to know if the portrait of George Washington had appeared on any denomination other than the $1 note.  She was told that Washington's portrait had appeared on large size $2, $20, $500 and $1,000 notes and some fractional currency.

- Channel 5 (WTTG News) requested to interview a BEP representative about a book written that is entitled, "The Secret Symbols of the Dollar Bill." The request was denied.

- A researcher with Radio KVC in San Luis Obispo, California called to ask if the Bureau had ever printed a $1 million bill. He was told that the Bureau had never printed that denomination of currency.

## CONGRESSIONALS

- Nothing to report.

## INTERNAL COMMUNICATIONS

- A "What's On Your Mind?" newsletter was issued and prepared during this reporting period.

- An Internal Communications Memo was issued containing topics regarding the dates for the Town Hall Meetings and the safety of the Bureau's drinking water.

- A second Internal Communications Memo was issued, reporting the status of the Goal Sharing program, bone density screenings at the Washington facility, and that PR Newswire statement naming the BEP as the Global Campaign Winner of the Year for the Series 2004 $20 note public education program.

## BEP COMMUNICATOR

- Staff is collecting articles for the April edition of the newsletter.

## INTERNET/INTRANET

- Staff responded to 69 website inquiries.

## AUDIO/VISUAL

- No report.

# PUBLIC SERVICE DIVISION

## TOUR

- Week of March 8 – 12:

| | | |
|---|---|---|
| 8:15 VIP Tour: | 156 |
| 8:45 VIP Tour: | 152 |
| Total Public Day Tour Count: | 3,685 |
| Total Tour Count: | 3,993 |

## FORT WORTH TOUR AND VISITORS' CENTER

- Staff held a meeting with BEP's graphic design contractor, Mr. Del Moran of ITS Services Incorporated, and U.S Department of Agriculture's staff to go over the layout of text and graphic elements for the Children's Activity Packet.

- The Director approved the tour film and made changes to the Engraving Worker Video at Muheim Motion Pictures.

- Staff continues to review and approve exhibit panels.

## NEW CURRENCY/PUBLIC EDUCATION CAMPAIGN

- Staff worked with the stakeholder team on the text for the postcards and seed mailing letters for transit, vending, and gaming industries.

- To date, 20,251 domestic and 757 international fulfillment orders have been placed for educational materials.

- Staff has put a hold on all shipments of Series 2004 $20 educational materials for two weeks.

- Staff changed the number of pieces that could be ordered for the education kit to three per company.

- Staff held a weekly media and events meeting on Wednesday, March 10th to determine unveiling event logistics.

- Staff and Burson-Marsteller updated and posted to the Extranet the revised Message Track and Q&A's for the $50 note program.

- Burson-Marsteller submitted documentation of calls to the following preferred partners for stakeholder outreach efforts: Wal-Mart, National Association of Federal Credit Unions, Sam's Club, and Ace.

- Staff continues to research additional potential speaking opportunities, including ethnic association events.

- Staff submitted revised website and email language changes to be used with online orders for $20 educational materials.

- Staff and Burson-Marsteller continue to hold meetings to discuss action steps and review timelines for $50 program elements.

- A Public Education staff member is currently in Moscow working with Burson-Marsteller's international team (PBN) and the Willard Group, to refine our public education and unveiling strategies in Russia.

- BEP and the State Department sent the first cable to embassies worldwide regarding the $50 note education program.  We are already receiving responses, including contact names in various countries.

- Staff has received a draft of the international Q&A's from Burson-Marsteller's international team and will be revising and customizing them for the local marketplace in key $50 currency note countries.

## MISCELLANEOUS (DEA, PSD AND MD)

- Staff responded to approximately 250 telephone inquiries, 80 general correspondence inquiries, 90 e-mail inquiries, and mailed 70 general information packets.


## HISTORICAL RESOURCE CENTER

- Staff responded to one internal and two external research requests.

- Staff provided examples of the historical $50 currency note to Burson-Marsteller.

- Office of Management Control conducted a physical inventory in Room 702-5A. All items were accounted for.

# MARKETING DIVISION

## PUBLIC SALES

- Weekly sales totaled $49,921, an increase of 1% compared to FY 2003 ($49,410).  Year to date sales totaled $4,302,215, a decrease of 3% compared to FY 2003 ($4,443,464).

- Staff resolved 12 customer inquiries.

- Staff responded to 32 Internet inquiries.

- The Mail Order Sales Department processed phone, fax, and mail orders on March 11th and Internet orders on March 12th.  A total of 148 orders were processed during this reporting period. A total of 138 orders were mailed and 10 orders are open.

## EXHIBITS AND SHOWS

- No report.

- end of report -