# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# DOCKET NO. 5:09CR27-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| BERNARD VON NOTHAUS, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court pursuant to the Court's Order dated July 19, 2011, Doc. 226, wherein the Court stated it would resume its inquiry as to status of counsel hearing on August 29, 2011.

Defendant was charged with counterfeiting and conspiracy in a three count indictment. Defendant was convicted by a jury of all counts on March 18, 2011. Post conviction motions, forfeiture proceedings and sentencing of Defendant are pending at this time.

Defendant represented to the Court at the hearing that he is negotiating with some attorneys and is in the process of accumulating funds to retain counsel. He continues to express confidence that he will be able to retain counsel. The Government advised the Court that Defendant's presentence report is still being prepared and would probably not be finalized for several months. Based on the foregoing, the Court will allow Defendant additional time to retain counsel. The Court did advise Defendant that time is of the essence and that the Court was cognizant of his right to retain counsel of his choice as well as the interests of justice in moving his case forward.

Therefore, the Court will allow Defendant until October 31, 2011 to have an attorney make a general appearance on his behalf. A hearing is set for October 31, 2011 at which time the Court will resume its inquiry into Defendant's status of counsel if no attorney has made a general

appearance prior to that date.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED.**

Signed: August 29, 2011

David S. Cayer
United States Magistrate Judge