IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
NO. 5:09CR27

_____
UNITED STATES OF AMERICA  )
                          )
    v.                    )
                          )
BERNARD VON NOTHAUS       )
_____)

**NOTICE OF APPEARANCE**

The undersigned counsel hereby enters a general appearance on Mr. von NotHaus' behalf.

This the 13th day of October, 2011.

    Respectfully submitted,

    s/ Noell Tin_____

    Noell P. Tin
    TIN FULTON WALKER & OWEN, PLLC
    301 East Park Ave.
    Charlotte, North Carolina 28203
    (704) 338-1220
    ntin@tinfulton.com
    COUNSEL FOR MR. VON NOTHAUS

## CERTIFICATE OF SERVICE

      I certify that I have served the foregoing **NOTICE OF APPEARANCE** via the Court's CM/ECF system to:

      Jill Rose
      Assistant United States Attorney
      jill.rose@usdoj.gov

This the 13th day of October, 2011.


      s/ Noell Tin_____
      NOELL P. TIN