IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:09CR27

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO FURTHER RESPONSE TO |
| | ) | |
| v. | ) | TO MOTION TO RETURN PROPERTY |
| | ) | |
| BERNARD VON NOTHAUS, | ) | UNDER RULE 41(g) |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States and informs the Court that it will file no additional response to the Motion to Return Property and to the Reply to Response to Motion to Return Property. Docs. 254. 264

Respectfully submitted this the 29th day of June , 2012.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

_____
s/ THOMAS R. ASCIK
ASSISTANT UNITED STATES ATTORNEY
North Carolina Bar No. 17116
100 Otis Street
Asheville, NC 28801
828-259-0644
828-271-4122 (fax)
thomas.ascik@usdoj.gov

**Electronic Service**
Noel Tin
counsel to Bernard von NotHaus
at ntin@tinfulton.com

1