STATE OF NORTH CAROLINA
COUNTY OF BUNCOMBE

AFFIDAVIT

In Re: *United States v. Bernard Von NotHaus,* 5:09cr27

Andrew Romagnuolo, first being duly sworn, avers:

I have been a Special Agent with the United States Federal Bureau of Investigation for 17 years. I am the principle investigator in this case. I testified in the criminal trial and in the forfeiture hearing. Attached are five photographs from government's Exhibit 72, which was admitted at trial. Exhibit 72 also included several photographs of Liberty Dollars.

The five attached photographs depict dies, molds, and casts with the imprint of Liberty Dollars on them. Those dies, molds, and casts are the "Dies, molds, and casts seized at Sunshine Minting, Inc. on November 14, 2007" listed in the Notice of Forfeiture and Finding of Probable Cause" in the Superseding Bill of Indictment.

_____
Andrew Romagnuolo

Sworn to and subscribed before me this the 1st day of December, 2014.

_____
BRODY J. COLE
NOTARY PUBLIC

My Commission Expires: April 22, 2019

[Notary Seal: BRODY J COLE / NOTARY PUBLIC / BUNCOMBE COUNTY / STATE OF NORTH CAROLINA]









