IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:09-CR-027-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BERNARD VON NOTHAUS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 625) filed by Robert J. Bernhardt, concerning Jason A. Mosbaugh on July 2, 2015. Mr. Jason A. Mosbaugh seeks to appear as counsel *pro hac vice* for Petitioner, Elavon Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 625) is **GRANTED.** Mr. Jason A. Mosbaugh is hereby admitted *pro hac vice* to represent Petitioner, Elavon Inc.

**SO ORDERED**.

Signed: July 6, 2015

David C. Keesler
United States Magistrate Judge