IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:09CR27-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| BERNARD VON NOTHAUS, | ) |
| | ) |

## ORDER GRANTING THIRD-PARTY PETITIONS

**THIS MATTER** came to the Court upon the United States' Motion to Grant 265 Petitions, which Petitions have been filed with this Court claiming ownership of property forfeited by the Court in the Amended (Third) Preliminary Order of Forfeiture (Doc. 297).

**NOW, THEREFORE,** good cause having been shown by the United States, and no responses being needed from the Petitioners, listed in Appendix A of the United States Motion, because their Petitions are being granted herein, the Court **ORDERS** that

1. The Motion of the United States is <u>granted</u>.

2. Any of the two hundred and sixty-five (265) Petitioners who have based their Petitions on warehouse receipts are ordered to send the original warehouse receipts to the United States at the address:

> United States v. Bernard Von Nothaus
> Attn: Thomas R. Ascik
> Office of the United States Attorney
> 100 Otis Street, Room 233
> Asheville, North Carolina 28801

3. Distribution of property by the United States to the Petitioners shall not occur until a Final Order of Forfeiture is entered by the Court.

**SO ORDERED.**

Signed: August 19, 2015

Richard L. Voorhees
United States District Judge