IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:09CR27-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| BERNARD VON NOTHAUS | ) |
| | ) |
| PETITION OF THOMAS P. WEBER | ) |
| Doc. 445 | |

## ORDER AUTHORIZING LIMITED DISCOVERY

This matter having come before the Court upon the Government's Motion for an Order for Limited Discovery, and for the reasons stated herein, pursuant to Fed.R.Crim.P. 32.2(c)(1)(B) and 21 U.S.C. § 853(n),

**IT IS HEREBY ORDERED** that the parties, the United States and Thomas P. Weber, may engage in limited discovery to the extent that each may:

- Propose ten (10) interrogatories to the other party under Fed. R. Civ. P. 33; and

- Make ten (10) requests for production of documents to the other party under Fed. R. Civ. P. 34.

**IT IS FURTHER ORDERED** that discovery is to be completed <u>by November 14, 2015</u>.

Signed: August 19, 2015

Richard L. Voorhees
United States District Judge

1