UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:09CR27-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| BERNARD VON NOTHAUS | ) |

## ORDER TERMINATING PROBATION

**THIS MATTER** is before the Court upon a Motion for Early Termination of Probation, filed by Defendant December 4, 2015. (Doc. 714).

On December 2, 2014, Defendant Bernard von Nothaus was sentenced to a three-year term of probation, including six months home confinement. Defendant, now age 70, has successfully completed one year of probation and his six month period of home confinement. (Motion, ¶¶ 2, 3). According to counsel for Defendant, the U.S. Attorney's Office has been consulted and does not oppose the instant request. (Motion, ¶ 1). Likewise, the supervising U.S. Probation Officer in the Middle District of Florida does not oppose early termination of supervision. (Motion, ¶ 1). For these reasons, the Court, in its discretion, finds that additional supervision by the U.S. Probation Department is no longer warranted and good cause exists to authorize early termination of probation. Defendant's motion will be <u>granted</u>.

**IT IS HEREBY ORDERED** that Defendant's Motion for Early Termination of Probation (Doc. 714) is **GRANTED**.

Signed: December 9, 2015

*/s/ Richard L. Voorhees*

Richard L. Voorhees
United States District Judge