**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:09CR27-RLV**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| BERNARD VON NOTHAUS | ) |
| _____ | ) |

In Re: PETITION OF CHRISTOPHER FREDERICK NUBBE

## ORDER GRANTING IN PART AND DISMISSING IN PART PETITION

**WHEREAS**, on November 10, 2014, the Court entered a Memorandum and Order (Doc. 270) affirming the jury's verdicts of guilty to Counts One, Two, and Three in the Superseding Bill of Indictment.

**WHEREAS**, on February 25, 2015, the Court entered the Amended (Third) Preliminary Order of Forfeiture (Doc. 297) forfeiting certain coins, metals, and other property to the United States.

**WHEREAS**, Christopher Frederick Nubbe has filed a Petition (Doc. 628) claiming 4.1 ounces of silver, backed by warehouse receipts, and 5 ounces of electronic Liberty dollar (eLD's). The United States has stated that it does not oppose that part of the Petition.

**WHEREAS**, Petitioner has also claimed what the Court regards as compensation of $149,718,000.00 payable in silver coins for the "unauthorized use/seizure of affiant's property," and the United States has moved to dismiss that other part of his Petition.

**WHEREAS, THE COURT FINDS** that the Petitioner's claim of compensation is not a legal interest provided for under 21 U.S.C. § 853(n)(6), and, therefore, the Petitioner does not state a claim or have standing to adjudicate that part of his Petition.

1

**IT IS THEREFORE ORDERED**, pursuant to Fed. R. Crim. P. 32.2(c)(1)(A) and 21 U.S.C. § 853(n)(6), the Court grants the Petitioner's claim for a total of 4.1 ounces of silver and 5 ounces of eLD's and dismisses the Petitioner's claim for compensation.

**IT IS FURTHER ORDERED** that:

1. The Petitioner shall send the original warehouse receipts to the United States at the address below:

   United States v. Bernard Von Nothaus
   Attn: Thomas R. Ascik
   Office of the United States Attorney
   100 Otis Street, Room 233
   Asheville, North Carolina 28801

2. Distribution of property by the United States to the Petitioner shall not occur until a Final Order of Forfeiture is entered by the Court.

**SO ORDERED**.

Signed: December 10, 2015

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge