**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:09CR27-RLV**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| BERNARD VON NOTHAUS | ) |
| _____ | ) |

In Re: PETITION OF RANDOLPH GRANT

### ORDER GRANTING IN PART AND DISMISSING IN PART PETITION

**WHEREAS**, on November 10, 2014, the Court entered a Memorandum and Order (Doc. 270) affirming the jury's verdicts of guilty to Counts One, Two, and Three in the Superseding Bill of Indictment.

**WHEREAS**, on February 25, 2015, the Court entered the Amended (Third) Preliminary Order of Forfeiture (Doc. 297) forfeiting certain coins, metals, and other property to the United States.

**WHEREAS**, Randolph Grant has filed a Petition (Doc. 309) claiming ten (10) Ron Paul copper dollars, and the United States has stated that it does not oppose that part of his Petition.

**WHEREAS**, the Petitioner has also claimed "compensation" of $5,594,000.00 and the United States has moved to dismiss that other part of his Petition.

**WHEREAS, THE COURT FINDS** that the Petitioner's claim of compensation is not a legal interest provided for under 21 U.S.C. § 853(n)(6), and, therefore, the Petitioner has not stated a claim and does not have standing to adjudicate that part of his Petition.

**NOW, IT IS THEREFORE ORDERED**, pursuant to Fed. R. Crim. P. 32.2(c)(1)(A) and 21 U.S.C. § 853(n)(6), the Court <u>grants</u> the Petitioner's claim for ten (10) Ron Paul copper dollars and <u>dismisses</u> the Petitioner's claim for compensation.

**IT IS FURTHER ORDERED** that distribution of property by the United States to the Petitioner shall not occur until a Final Order of Forfeiture is entered by the Court.

**SO ORDERED**.

Signed: December 10, 2015

Richard L. Voorhees
United States District Judge