**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:09CR27-RLV**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| BERNARD VON NOTHAUS | ) |
| _____ | ) |

In Re: PETITION OF JOHN JONES

**ORDER DISMISSING PETITION**

**WHEREAS**, on November 10, 2014, the Court entered a Memorandum and Order (Doc. 270) affirming the jury's verdicts of guilty to Counts One, Two, and Three in the Superseding Bill of Indictment.

**WHEREAS**, on February 25, 2015, the Court entered the Amended (Third) Preliminary Order of Forfeiture (Doc. 297) forfeiting certain coins, metals, and other property to the United States.

**WHEREAS**, John Jones has filed a Petition (Doc. 475) that he paid Liberty Services a total of $1623.00 by credit card for certain "commemorative coins" and now seeks those coins to be delivered to him by the United States. However, he does not state that he lost that amount, and he does not seek reimbursement of the $1623.00.

**WHEREAS**, the United States has filed a Motion to Dismiss the Petition of John Jones (Amended Motion) (Doc. 658).

**NOW, THEREFORE**, pursuant to Fed. R. Crim. P. 32.2(c)(1)(A), because the Petitioner has not clearly stated and documented his claim, his Petition is <u>dismissed</u> for failure to state a claim upon which relief can be granted.

**SO ORDERED.**

Signed: December 21, 2015

Richard L. Voorhees
United States District Judge