**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:09CR27-RLV**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| BERNARD VON NOTHAUS | ) |
| _____ | ) |

In re: PETITION OF CHRISTOPHER CEASE

**ORDER GRANTING IN PART AND DISMISSING IN PART
PETITION OF CHRISTOPHER CEASE**

**WHEREAS**, on November 10, 2014, the Court entered a Memorandum and Order (Doc. 270) affirming the jury's verdicts of guilty to Counts One, Two, and Three in the Superseding Bill of Indictment.

**WHEREAS**, on February 25, 2015, the Court entered the Amended (Third) Preliminary Order of Forfeiture (Doc. 297) forfeiting certain coins, metals, and other property to the United States.

**WHEREAS**, Christopher Cease filed a Petition (Doc. 495) claiming ownership of ten (10) $1 Copper Ron Paul Dollars, three (3) $5 Quarter Silver Liberty coins, and two (2) $50 Gold Liberty coins.

**WHEREAS**, Petitioner claims, in part, ten (10) $1 Copper Ron Paul Dollars and his claims are based on documentation and/or a plausible factual explanation that comports with the information known to the United States and that satisfies 21 U.S.C. § 853(n)(6), and the United States moves that the aforementioned portion be <u>granted</u>.

**WHEREAS**, Petitioner also claims three (3) $5 Quarter Silver Liberty coins and two (2) $50 Gold Liberty coins, both purchased on November 2, 2007 that the United States contends in

1

its Motion have been previously finally forfeited to the United States as contraband *per se*.

**WHEREAS**, based on the evidence, the Court has ruled in this case that coins minted after the warning by the United States Mint to the Liberty Dollar Organization and the Defendant on September 14, 2006 were counterfeit. *See* Memorandum and Order, at 7 (Doc. 270; Memorandum and Order (First Preliminary Order of Forfeiture) at 18 (Doc. 285).

**WHEREAS**, the Court has ruled in this case that "Items that are considered 'contraband' or 'counterfeit' under Section 492 are deemed illegal *per se* and automatically forfeited without having to satisfy the otherwise applicable forfeiture procedures." Memorandum and Order (First Preliminary Order of Forfeiture) at 11 n. 10 (Doc. 285) (citing *Helton v. Hunt*, 330 F.3d 242, 247−48 (4th Cir. 2003)). The Court has further defined contraband in this case as "properties that no person or entity other than the United States may have a property right or interest in them." Consent Order and Judgment of Forfeiture, Doc. 296.

**IT IS THERFORE ORDERED:**

1. That the Petition of Christopher Cease is <u>granted in part</u>, with said portion to be granted consisting of ten (10) $1 Copper Ron Paul Dollars. This portion is granted based on information known to the United States and the Court and which satisfies 21 U.S.C. § 853(n)(6), and;

2. That the Petition of Christopher Cease is <u>denied in part</u>, said portion to be denied consisting of three (3) $5 Quarter Silver Liberty coins and two (2) $50 Gold Liberty coins because this the portion of the Petitioner's claim is for coins bearing the "Liberty" marking minted in 2007. Said coins have been determined to be contraband *per se*, and therefore this portion of the claim is dismissed pursuant to Fed. R. Crim.

P. 32.2(c)(1)(A) for the reason that the Petition fails to state a claim upon which relief may be granted and Petitioner does not have standing.

3. Final disbursement by the United States shall be deferred until a comprehensive final order of forfeiture is entered in this case.

**SO ORDERED.**

Signed: December 21, 2015

Richard L. Voorhees
United States District Judge