IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:09CR27-RLV

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| BERNARD VON NOTHAUS | ) |
| _____ | ) |

In re: PETITION OF DAN ROSE

**ORDER GRANTING IN PART AND DISMISSING IN PART
PETITION OF DAN ROSE**

**WHEREAS**, on November 10, 2014, the Court entered a Memorandum and Order (Doc. 270) affirming the jury's verdicts of guilty to Counts One, Two, and Three in the Superseding Bill of Indictment.

**WHEREAS**, on February 25, 2015, the Court entered the Amended (Third) Preliminary Order of Forfeiture (Doc. 297) forfeiting certain coins, metals, and other property to the United States.

**WHEREAS**, Dan Rose filed two (2) Petitions claiming ownership of $580.00 in electronic Liberty Dollars equal to 29 ounces of silver, a total of 5.1 ounces of silver from warehouse receipts, and four (4) ¼ ounce gold pieces.

**WHEREAS**, Petitioner's claims for $580.00 in electronic Liberty Dollars equal to 29 ounces of silver and a total of 5.1 ounces of silver from warehouse receipts are based on documentation and/or a plausible factual explanation that comports with the information known to the United States and that satisfies 21 U.S.C. § 853(n)(6), and the United States moves that the aforementioned portion be granted.

1

**WHEREAS**, Petitioner also claims four (4) ¼ ounce gold pieces, purchased in June of 2005.

**WHEREAS**, the United States has argued in its Motion that a portion of the property, specifically four (4) ¼ ounce gold pieces, purchased in June of 2005, are claimed without documentation or factual explanation and, upon information and belief, are not in possession of the United States.

**IT IS THERFORE ORDERED THAT:**

1. The Petition of Dan Rose is <u>granted in part</u>, with said portion to be granted consisting of $580.00 in electronic Liberty Dollars equal to 29 ounces of silver and a total of 5.1 ounces of silver from warehouse receipts. This portion is granted based on information known to the United States and Court, and which satisfies 21 U.S.C. § 853(n)(6), and;

2. Petitioner is ordered to send the original warehouse receipts to the United States at the address:

   United States v. Bernard Von Nothaus
   Attn: Thomas R. Ascik
   Office of the United States Attorney
   100 Otis Street, Room 233
   Asheville, North Carolina 28801

3. The Petition of Dan Rose is <u>denied in part</u>, said portion to be denied consisting of four (4) ¼ ounce gold pieces. Pursuant to Fed. R. Crim. P. 32.2(c)(1)(A), this portion of the Petition is dismissed for the reason that the Petition fails to state a claim upon which relief may be granted and Petitioner does not have standing.

4. Distribution of property by the United States to the Petitioners shall not occur until a final order of forfeiture is entered by the Court.

**SO ORDERED.**

Signed: December 21, 2015

Richard L. Voorhees
United States District Judge