IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:09CR27-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| BERNARD VON NOTHAUS | ) |
| | ) |

In Re: PETITION OF JULIANNE MARTINY

**ORDER GRANTING PETITION**

**THIS MATTER** came to the Court upon the United States' Motion to Grant the Petition of Julianne Martiny (Doc. 711), which has been filed with this Court claiming ownership of property forfeited by the Court in the Amended (Third) Preliminary Order of Forfeiture (Doc. 297).

**WHEREAS**, on November 10, 2014, the Court entered a Memorandum and Order (Doc. 270) affirming the jury's verdicts of guilty to Counts One, Two, and Three in the Superseding Bill of Indictment.

**WHEREAS**, on February 25, 2015, the Court entered the Amended (Third) Preliminary Order of Forfeiture (Doc. 297) forfeiting certain coins, metals, and other property to the United States.

**WHEREAS**, Julianne Martiny, has filed a Petition claiming $3,430.03 electronic Liberty Dollars, approximately 172 ounces of 999 fine silver.

**WHEREAS**, the United States has filed a Motion to Grant the Petition of Julianne Martiny, and has argued that Mrs. Martiny has satisfied 21 U.S.C. § 853(n)(6).

**NOW, THEREFORE**, good cause having been shown by the United States, and no responses being needed from the Petitioner, because her Petition is being <u>granted</u> herein, the Court hereby **ORDERS**:

1. The Motion of the United States is **GRANTED**.

2. Distribution of property by the United States to the Petitioner shall not occur until a Final Order of Forfeiture is entered by the Court.

**SO ORDERED.**

Signed: January 25, 2016

Richard L. Voorhees
United States District Judge