IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:09-CR-00027-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BERNARD VON NOTHAUS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Bernard Von NotHaus' Motion for Return of Passport (the "Motion"). [Doc. No. 767]. In his Motion, Von NotHaus requests the return of his passport and any other personal property in the possession of the United States that is not currently subject to forfeiture proceedings. *Id.* Von NotHaus represents, under oath, that he has satisfactorily completed the sentence imposed by this Court and that his Motion is supported by his former United States Probation Officer, located in the Middle District of Florida. *Id.* The Motion was filed January 27, 2015 and the United States has not filed an opposition to Von NotHaus' requested relief. The Motion is now ripe for consideration.

**IT IS, THEREFORE, ORDERED THAT**

(1) The Motion is hereby **GRANTED** (Doc. No. 767); and

(2) The United States is hereby **ORDERED** to return to Mr. Von NotHaus his passport and any other items of his personal property now in the United States' possession and not currently subject to a forfeiture proceeding.

**SO ORDERED**.

Signed: March 2, 2016

Richard L. Voorhees
United States District Judge