IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:09-CR-00027-RLV-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| BERNARD VON NOTHAUS, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. On October 26, 2015, William T. Lawson, Jr. filed a petition with this Court representing he has an interest in certain property currently subject to forfeiture proceedings. [Doc. No. 709]. On December 2, 2015, the United States filed a motion to dismiss Mr. Lawson's petition. [Doc. No. 713]. Viewing the motion as unopposed, the Court granted the United States' motion on February 17, 2016. [Doc. No. 770].

The Court has been apprised that, due to a glitch with the Court's electronic filing system, petitioner William T. Lawson, Jr. was not provided due notice of the United States' motion to dismiss his petition. *See* [Doc. No. 713]; [Doc. No. 709]. Accordingly, in the interests of justice, the Court hereby **VACATES** its Order dated February 17, 2016. [Doc. No. 770]. The petition and motion to dismiss are hereby **REINSTATED**. [Doc. No. 713]; [Doc. No. 709]. Petitioner William T. Lawson, Jr. is hereby **GRANTED** leave to file a response to the United States' motion to dismiss. Petitioner must file a response to the United States' motion within **FOURTEEN (14) DAYS** of this Order. The United States is also hereby **GRANTED** leave to file a reply brief in support of its motion within **FOURTEEN (14) DAYS** of the filing of Petitioner's responsive brief.

**SO ORDERED**. Signed: March 2, 2016

Richard L. Voorhees
United States District Judge