IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:09-CR-00027-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BERNARD VON NOTHAUS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| IN RE: PETITIONS OF VERNON ) | |
| ROBINSON AND WILLIAM T. ) | |
| LAWSON, M.D. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Petition of William T. Lawson, M.D. (Doc. 709) for 500 ounces of silver, the Petition of Vernon Robinson (Doc. 468), the prior Order (Doc. 758; "the Robinson Order") of this Court granting in part and denying in part Robinson's Petition, and the Government's Motion to Amend the Robinson Order (Doc. 783). Based on the following, this Court GRANTS the Petition of William T. Lawson, M.D. and **AMENDS** the Robinson Order to awarded 500 ounces of silver, previously awarded to Robinson, to Lawson.

In support of this Order, the Court **FINDS AS FOLLOWS:**

On January 26, 2016, on the Government's Motion (Doc. 688), this Court granted in part and denied in part Robinson's Petition. Among the items granted to Robinson were 1852.5135 ounces of silver. Among the items denied Robinson were "506 additional ounces" of silver that Robinson purported to need to retrieve from Liberty Dollar to pay Lawson but for which the Government argued and the Court agreed Robinson had not stated a claim.

-1-

Also pending at that time was Lawson's Petition, purporting to claim ownership of 500 ounces of silver for which Lawson had paid $10,000 to Robinson, money that Robinson apparently never forwarded to Liberty Dollar. Since, at that time, the Government contended that Lawson had not established that the $10,000 was actually paid to Defendant in exchange for forfeited property in this case, and the Government sought dismissal of Lawson's Petition.

However, following additional briefing and discussions between the Government and Lawson's counsel, Lawson established to the satisfaction of the Government that Lawson actually paid Robinson for, and owns, 500 ounces of silver *out of the 1852.5135 ounces of silver already awarded to Robinson*. Indeed, Lawson, through counsel, conducted an investigation to determine exactly what silver he had purchased with $10,000 and determined that the silver was included in the 1852.5135 ounces awarded to Robinson and not otherwise included in other silver forfeited in this case. The results of that investigation are summarized in a letter from Lawson's counsel that is affixed to the Government's Motion as Exhibit A.

Based on the Petition of Lawson, as well as the Government's Motion and Exhibit A, and the record as a whole, this Court has determined that Robinson does not rightly own 500 ounces of the silver awarded to him and that such silver should be awarded to Lawson, who has established an interest in the 500 ounces sufficient to satisfy 21 U.S.C. § 853(n).

**THEREFORE**, the Robinson Order is amended to award only 1352.5135 ounces of silver to Robinson and award 500 ounces of silver to Lawson. All other terms of the Robinson Order shall remain the same. Further, the properties identified in the Robinson Order and this Order shall not be disbursed until issuance of a Final Order and Judgment of Forfeiture in this case.

**SO ORDERED**.    Signed: August 2, 2016

Richard L. Voorhees
United States District Judge