# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:09-CR-00027-RLV-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| BERNARD VON NOTHAUS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
| IN RE: PETITION OF JONNIE D. TAYLOR AND DEBRA L. TAYLOR | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the Petition of Jonnie D. Taylor and Debra L. Taylor (Doc. No. 779), which claim ownership of 22.8 troy ounces of silver based on Liberty Dollar Warehouse Receipts. The Government has moved to grant Petitioners' claims. [Doc. No. 787]. Based on the following, this Court **GRANTS** the Government's motion and hereby **GRANTS** Jonnie D. Taylor and Debra L. Taylor's Petition. *See* [Doc. No. 779]. In support of this Order, the Court **FINDS AS FOLLOWS:**

**WHEREAS**, on November 10, 2014, the Court entered a Memorandum and Order (Doc. No. 270) affirming the jury's verdicts of guilty to Counts One, Two, and Three in the Superseding Bill of Indictment;

**WHEREAS**, on February 25, 2015, the Court entered the Amended (Third) Preliminary Order of Forfeiture (Doc. No. 297) forfeiting certain coins, metals, and other property to the United States;

**WHEREAS**, Petitioners have filed a Petition claiming ownership of 22.8 troy ounces of silver based on Liberty Dollar Warehouse Receipts;

-1-

**WHEREAS**, the United States has filed a Motion to Grant the Petition and has argued that Petitioners have satisfied 21 U.S.C. § 853(n)(6);

**NOW**, **THEREFORE**, good cause having been shown by the United States, the Court **ORDERS** that:

1. The Motion of the United States (Doc. No. 787) is **GRANTED** to the extent that Petitioners own and are entitled to 22.8 troy ounces of silver based on Liberty Dollar Warehouse Receipts;

2. Petitioners are **ORDERED** to send the original warehouse receipts to the United States at the address:

   United States v. Bernard Von Nothaus
   Attn: Thomas R. Ascik
   Office of the United States Attorney
   100 Otis Street, Room 233
   Asheville, North Carolina 28801; and

3. Distribution of property by the United States to the Petitioners shall not occur until a Final Order of Forfeiture is entered by the Court.

   **SO ORDERED**.

Signed: August 2, 2016

Richard L. Voorhees
United States District Judge