IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:09-CR-00027-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| BERNARD VON NOTHAUS, | ) |
| Defendant. | ) |
| IN RE: PETITION OF ROYAL HAWAIIAN MINT | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Stay the Court's Discovery Order set-out in Order No. 803 (Doc. No. 805) and the Petitioner's Motion for an Extension of Time to Respond to the Government's Motion to Dismiss (Doc. No. 806). Having considered the motions and the record together, the Court enters the following order:

**IT IS HEREBY ORDERED THAT**

(1) The Government's Motion is **GRANTED** and the Discovery Order discussed in Doc. No. 803 is hereby **STAYED** until further order of the Court; and

(2) The Petitioner's Motion is **GRANTED** and Petitioner's response to the Government's Motion shall be due no later than **Friday, September 2, 2016**.

**SO ORDERED**.

Signed: August 18, 2016

Richard L. Voorhees
United States District Judge

-1-