IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:09-CR-00027-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BERNARD VON NOTHAUS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| PETITION OF MINT HOLDINGS, INC ) | |
| d/b/a ROYAL HAWAIIAN MINT ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Amended Claimant Petition ("Amended Petition") of Mint Holdings, Inc. d/b/a Royal Hawaiian Mint. (Doc. 700). On April 18, 2017, this Court issued an Order granting in part and denying in part the Government's Motion to Dismiss Mint Holdings Amended Petition. (Doc. 832). Pursuant to 21 U.S.C. § 853(n), Mint Holdings is entitled to a hearing on the portions of its Amended Petition that survived this Court's Order on the Government's Motion to Dismiss. The Court **SCHEDULES** the hearing on Mint Holdings Amended Petition for **Thursday, June 22, 2017** at **2:00 p.m.** at the United States Federal Courthouse, 200 W. Broad St., Statesville, North Carolina 28677.[1]

Signed: May 24, 2017

Richard L. Voorhees
United States District Judge

---

[1] To the extent Mint Holdings or the Government intend to present witness testimony, *see* 21 U.S.C. § 853(n)(5), the Court, in an effort to decrease the burden on any witnesses who may be traveling from afar and in an effort to decrease the potential need for a continuance in this eight-year old case, notes its willingness to receive witness testimony via video conference. If a party intends to present witness testimony via video conference, the party shall contact the Clerk by June 12, 2017, to arrange for video conferencing.

1