UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:09CR27

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| BERNARD VON NOTHAUS ) | |

PETITION OF DANIEL S. PRIEST

THIS MATTER is before the Court on the United States of America's Motion to correct a clerical error in the Order Granting in Part and Dismissing in Part Petition of Daniel Priest (Doc. 748). The Motion indicates that there is a clerical error in the amounts awarded to Petitioner, and that the Government and Petitioner consent to correction. In such circumstances, and particularly with consent of the parties, the Court may correct the record as to this Petitioner. The Order is hereby amended, *nunc pro tunc*, to award the following to Petitioner: one ounce of gold based on a Warehouse Receipt, 48.6 ounces of silver based on Warehouse Receipts, and another 409.4325 ounces of silver based on electronic Liberty Dollars.

SO ORDERED.

Signed: December 22, 2017

Frank D. Whitney
Chief United States District Judge

1